IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE M. MOORE | * |
| Plaintiff | * |
| v. | * Case No. 1:05CV02020 |
| DISTRICT OF COLUMBIA, et al. | * |
| Defendants | * |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and the Complaint was delivered by Certified Mail, "Return Receipt Requested, to the defendant D.C. Government, Office of the Attorney General on October 19, 2005. The Summons and the Complaint were in fact received by the Defendant as evidenced by Exhibit A, of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,
DuBOFF & ASSOCIATES, CHARTERED

_____
Donna Williams Rucker
METRO PLAZA ONE
8401 Colesville Road, Suite 501
Silver Spring, MD 20910
(301) 495-3131

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANTE M. MOORE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No. 1:05CV02020 |
| | * | |
| DISTRICT OF COLUMBIA, et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

## EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    D.C. Government
    Office of the Attorney General
    441 4th St NW
    6th Floor South
    Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  10-19-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0001 7472 2019

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540