IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE M. MOORE | *<br>* |
| Plaintiff | *<br>* |
| v. | *    Case No. 1:05CV02020<br>* |
| DISTRICT OF COLUMBIA, et al. | *<br>* |
| Defendants | *<br>* |

## PROOF OF SERVICE

The undersigned attorney for the Plaintiff hereby certifies that a copy of the Summons and the Complaint was delivered by Certified Mail, "Return Receipt Requested, to the defendant D.C. Government, Honorable Anthony Williams on October 18, 2005. The Summons and the Complaint were in fact received by the Defendant as evidenced by Exhibit A, of which a copy is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

                                      Respectfully submitted,
                                      DuBOFF & ASSOCIATES, CHARTERED

                                      Donna Williams Rucker
                                      METRO PLAZA ONE
                                      8401 Colesville Road, Suite 501
                                      Silver Spring, MD 20910
                                      (301) 495-3131

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHANTE M. MOORE                *
                               *
        Plaintiff              *
                               *
        v.                     *    Case No. 1:05CV02020
                               *
DISTRICT OF COLUMBIA, et al.   *
                               *
        Defendants             *
                               *

## EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   D.C. Government
   Honorable Anthony Williams
   Mayor
   1350 Pennsylvania Ave, NW
   Washington DC 20001

2. Article Number (Transfer from service label): 7005 1820 0001 7472 2026

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): James Toybert
C. Date of Delivery: 10/18/05

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540