IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendant. ) | |

THE DEFENDANT CHARLES RAMSEY'S
MOTION TO DISMISS THE COMPLAINT

Defendant Charles Ramsey, by and through undersigned counsel, hereby moves the Court to dismiss the complaint as alleged against him. As reasons why this motion should be granted, this defendant states the following:

1. Plaintiff has not alleged and personal involvement or specific knowledge of the allegations raised in her complaint. The complaint is therefore an official capacity complaint and is considered as being made against the District of Columbia.

A memorandum of points and authorities in support of this motion is attached hereto.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

                    PATRICIA A. JONES #428132
                    Chief, General Litigation Sec. IV

                    GEORGE E. RICKMAN #433298
                    Assistant Attorney General
                    General Litigation Section IV
                    P.O. Box 14600
                    Washington, DC 20044-4600
                    202-442-9840/fax 202-727-3625

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
DEFENDANT CHARLES RAMSEY'S MOTION TO DISMISS THE COMPLAINT

Preliminary Statement

Plaintiff alleges that on or about October 12, 2004, while in the District of Columbia, she was arrested and falsely detained by Officer Eldorado Mills and other officer of the Metropolitan Police Department. *See* Complaint (generally). The complaint, however, fails to allege any direct knowledge or involvement with the allegations of this case or Officer Eldorado Mills by Chief Charles Ramsey of the Metropolitan Police Department. *Id*.

Standard to be Applied

In reviewing the sufficiency of a complaint pursuant to Fed. R. Civ. P. 12(b)(6), a court must consider the facts presented in the pleading as true and construe them and all reasonable inferences in the light most favorable to the plaintiff. *See Scheuer v. Rhodes*, 416 U.S. 232, 236 (1974) (quoting *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957) and citing *Gardner v. Toilet Goods Assn.,* 387 U.S. 167, 172 (1967)). The court need not consider inferences that are unsupported by the facts or legal conclusions framed as

facts.  *See Kowal v. MCI Communications Corp.,* 16 F.3d 1271, 1276 (D.C. Cir. 1994).  The motion can be granted, and the complaint dismissed, only if no relief could be granted upon those facts.  *Id.*

## Argument

Under *Fed. R. Civ. P.* 17, "…[e]very action shall be prosecuted in the name of the real party in interest."  Lawsuits against individual defendants sued in their official capacities under 42 U.S.C. § 1983, are deemed suits against the municipality.  *See Kentucky v. Graham,* 473 U.S. 159 (1985); *Fields v. District of Columbia Dep't of Corrections,* 789 F. Supp 20 (D.D.C. 1992).  See also, *Busby v. City of Orlando*, 931 F.2d 764, 776 (11th Cir. 1991); *Orange v. Suffolk County*, 830 F. Supp. 701, 706-07 (E.D.N.Y. 1993) (dismissing § 1983, claims against Suffolk County officials in their official capacities); *Kohn v. Mucia*, 776 F. Supp. 348, 355-56 (N.D. Ill. 1991).  Because the District of Columbia is already a party defendant in this matter, plaintiff's official-capacity suit against defendant Charles Ramsey should be dismissed as a matter of law.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

---

PATRICIA A. JONES #428132
Chief, General Litigation Sec. IV

_____
GEORGE E. RICKMAN #433298
Assistant Attorney General
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625

Case 1:05-cv-02020-PLF   Document 7   Filed 11/22/2005   Page 5 of 5