IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.05-2020 |
| | ) |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al*., | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of the defendant Charles Ramsey's motion to dismiss the complaint, any opposition thereto, any reply, the facts, the law and the record herein, it is this _____ day of _____ 2005, and it is,

**ORDERED**: that the defendant Charles Ramsey's motion to dismiss the complaint is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that the complaint as to defendant Charles Ramsey is hereby **DISMISSED.**

PAUL FRIEDMAN
United States District Court Judge