UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Shante Moore
Plaintiff

Case Number: 1:05CV0202

vs.

District of Columbia Government,
(A Municipal Corporation) et al.
Defendant

### AFFIDAVIT OF SERVICE

I Harold Latten do hereby certify and return that I am a competent individual over eighteen years of age and not a party to the above entitled action.

I swear and affirm that on November 3, 2005 at 3:16 p.m. Eldoado L. Mills was served the following documents Summons in a Civil Case and Complaint for Damages & Equitable Relief.

Said service was affected by hand delivery at 5000 A Street S.E. Apartment 301 Washington, D.C. 20019.

I do solemnly swear and affirm under the penalties of perjury that the matters and facts set forth herein are true complete and accurate to the best of my knowledge.

Harold Latten
B & B Process Servers
P.O. Box 60173
Washington, D.C. 20001

Subscribed to and sworn to before
me this 8th day of November, 2005
Vivian L. Smith
_____, Notary Public
_____ County, _____
My commission expires: 1 / 31 / 2008 .