IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| SHANTE M. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV02020 |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION FOR ENTRY OF DEFAULT & JUDGMENT**

**COMES NOW** plaintiff, Shante Moore, by and through counsel, DuBoff & Associates, Chartered and Donna Williams Rucker, Esquire, and moves this Honorable Court pursuant to Rule 55 of the F.R.C.P. for Entry of Default and for Judgment against defendant, Eldorado Mills, and in support of same, states as follows:

1. On November 3, 2005, a private process server served defendant Eldorado Mills with a Summons and Complaint in this matter. (See Exhibit No. "A").

2. As of the filing of this Motion for Default and Judgment, defendant Mills has not filed any responsive pleading or document in this matter, nor has made any contact with plaintiff's counsel regarding any of the documents plaintiff's counsel caused to be served upon him.

3. Plaintiff's Complaint makes a request for a sum certain as to defendant Mills.

**WHEREFORE**, plaintiff respectfully prays this Honorable Court enter a default against defendant Eldorado Mills and grant judgment in favor of plaintiff as requested by plaintiff in her

Complaint.

                                      Respectfully submitted,

By: _____/s/_____
Donna Williams Rucker, Esquire (#446713)
DuBoff & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8TH day of December, 2005, a copy of the foregoing Motion for Entry of Default & for Judgment was mailed, first class mail, postage prepaid, to defendant Eldorado Mills, 5000 A Street, S.E., Washington, D.C. , and via the Court's Electronic case filing system to George Rickman, Esq., and Patricia Jones, Esq.

_____/s/_____
Donna Williams Rucker, Esquire