# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

Shante Moore                                      Case Number: 1:05CV0202
Plaintiff

      vs.

District of Columbia Government,
(A Municipal Corporation) et al.
Defendant

## AFFIDAVIT OF SERVICE

I Harold Latten do hereby certify and return that I am a competent individual over eighteen years of age and not a party to the above entitled action.

I swear and affirm that on November 3, 2005 at 3:16 p.m. Eldoado L. Mills was served the following documents Summons in a Civil Case and Complaint for Damages & Equitable Relief.

Said service was affected by hand delivery at 5000 A Street S.E. Apartment 301 Washington, D.C. 20019.

I do solemnly swear and affirm under the penalties of perjury that the matters and facts set forth herein are true complete and accurate to the best of my knowledge.

Harold Latten
B & B Process Servers
P.O. Box 60173
Washington, D.C. 20001

Subscribed to and sworn to before
me this _____ day of _November_, 2005

_____, Notary Public

_____ County, _____
My commission expires: _1_ / _31_ / _2008_ .