**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| SHANTE M. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV02020-PLF |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER GRANTING DEFAULT JUDGMENT AS TO**
**DEFENDANT ELDORADO MILLS**

**UPON CONSIDERATION** of the Motion for Default and Judgment, the information contained therein, and the record herein, it is this _____ day of _____, 2005

**ORDERED** that a Default Judgment is hereby entered against defendant Eldorado Mills

_____                    _____
Date                                   Paul L. Friedman
                                       United States District Court Judge

cc:

Donna Williams Rucker, Esquire
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910

Eldorado Mills
5000 A Street, S.E.
Washington, D.C.

George Rickman, Esq.,
Patricia Jones, Esq.
441 4th Street, N.W.
6th Floor
Washington, S.C.  20001