IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANTE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.05-2020 |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of plaintiff's motion for entry of default and judgment,

defendant Eldorado Mills' opposition thereto, any reply, the facts, the law and the record

herein, it is this _____ day of _____ 2005, and it is,

**ORDERED:** that plaintiff's motion for entry of default and judgment as to

defendant Eldorado Mills is hereby denied**.**

PAUL FRIEDMAN
United States District Court Judge