IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No.05-2020 |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

DEFENDANT MILLS' MOTION FOR LEAVE TO LATE FILE HIS ANSWER
TO PLAINTIFF'S COMPLAINT

Defendant Eldorado Mills, by and through counsel, herein moves pursuant to Fed. R. Civ. P. 6(b)(2), for leave to late file his answer to plaintiff's Complaint, and states as follows.

1. Defendant Mills was served with the complaint on November 3, 2005. The allegations set forth in plaintiff's complaint involve matters relating to defendant Mills' employment with the D.C. Metropolitan Police Department. At the time of service, defendant Mills was distracted by personal matters, and did not know the appropriate procedures to take to obtain legal assistance for a work related complaint Defendant Mills made efforts to contact the attorney who generally represents the union, but to no avail. He did not know the appropriate procedure to obtain counsel from the Office of the Attorney General.

2. Under Fed. R. Civ. P. 6(b)(2)

> "When these rules or by notice given thereunder or by order of court require an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion…(2) upon motion made after expiration of the specified period permitting the

    act to be done where the failure to act was the result of excusable neglect…

3. Defendant Mill's failure to timely respond to plaintiff's Complaint was due to excusable neglect.  Although defendant Mills made efforts to seek representation in connection with this matter, he failed to timely procure representation and/or to otherwise timely respond to plaintiff's complaint.

4. The initial scheduling conference in this matter is January 19, 2006.  The District of Columbia has answered plaintiff's Complaint, and plaintiff will suffer no undue prejudice should the Court grant this defendant leave to late file his answer.  Defendant's Answer is being filed contemporaneously with this motion for leave to late file defendant's Answer.

WHEREFORE, for the reasons stated herein, defendant Eldorado Mills asks this Court to grant his motion for leave to late file his Answer to plaintiff's Complaint.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, D.C.
        Civil Litigation Division


        _____
        PATRICIA A. JONES, #428132
        Chief, General Litigation Sec. IV

                                                 _____

GEORGE E. RICKMAN, #433298
LAUREN BIRNBAUM, #483515
Assistant Attorney General
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625

Local Rule 7 (m) Certification

      I do hereby certify that Donna Rucker, Esq, counsel for plaintiff, was contacted on December 22, 2005 in an effort obtain her consent to this motion. Ms. Rucker indicates that she consents to the relief sought herein and that she will be withdrawing her motion for entery of a default judgment as against defendant Eldorado Mills.

                                          _____

GEORGE E. RICKMAN
Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. ) | Civil Action No.05-2020 |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANT ELDORADO MILLS' MOTION FOR LEAVE TO LATE FILE
HIS ANSWER TO PLAINTIFF'S COMPLAINT

As support for the foregoing motion, defendant Eldorado Mills relies and cites to the following:

1. Fed. R. Civ. P. 6(b)(2);

2. In the interest of justice and judicial economy;

3. The consent of the parties;

4. The equitable powers of the Court;

5. The record herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

\_\_\_
PATRICIA A. JONES, #428132
Chief, General Litigation Sec. IV

                                                                      _____

GEORGE E. RICKMAN, #433298  
LAUREN BIRNBAUM, #483515  
Assistant Attorney General  
General Litigation Section IV  
P.O. Box 14600  
Washington, DC 20044-4600  
202-442-9840/fax 202-727-3625