IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE,           ) | |
| )                       | |
| Plaintiff,     )        | |
| )                       | |
| v.                      ) | Civil Action No.05-2020 |
| )                       | |
| THE DISTRICT OF COLUMBIA, *et al.*,   ) | |
| )                       | |
| Defendants.    )        | |

ORDER

Upon consideration of the defendant Eldorado Mills' motion for leave to late file his answer to plaintiff's complaint, any opposition thereto, any reply, the facts, the law and the record herein, it is this _____ day of _____, 2005, and it is,

**ORDERED:** that the defendant Eldorado Mills' motion for leave to late file his answer is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that Eldorado Mills' answer to plaintiff's complaint is hereby accepted as filed and entered on the docket as of the date of this order.

PAUL FRIEDMAN
United States District Court Judge