IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHANTE MOORE,                 )
)
          Plaintiff,         )
)
v.                         )        Civil Action No.05-2020
)
THE DISTRICT OF COLUMBIA, *et al*.,  )
)
          Defendants.     )

<u>THE DEFENDANT ELDORADO MILLS' OPPOSITION TO PLAINTIFF'S MOTION
FOR DEFAULT</u>

      The defendant, Eldorado Mills, by and through undersigned counsel, hereby

opposes plaintiff's motion for entry of a default and judgment, and states the following:

      1.     Defendant Mills was served with the complaint on November 3, 2005.

The allegations set forth in plaintiff's complaint involve matters relating to defendant

Mills' employment with the D.C. Metropolitan Police Department.  At the time of

service, defendant Mills was distracted by personal matters, and did not know the

appropriate procedures to take to obtain legal assistance for a work related complaint.

      2.     Defendant Mills initially sought assistance from his union, but was unable

to speak to the attorney who generally represents the union.  He thereafter contacted the

Office of the General Counsel for the Metropolitan Police Department and executed the

request for representation form from the Office of the Attorney General for the District of

Columbia, and intends to file a motion for leave to late file his answer, and the answer to

plaintiff's complaint contemporaneously with the filing of this opposition.

3.     Plaintiff seeks a default and default judgment against defendant Mills pursuant to Fed. R. Civ. P. 55.  Rule 55(a) provides for the entry of a default if a party fails to plead or otherwise defend against a judgment.

4.     Rule 55(c) allows the Court to set aside any entry of default for good cause shown.  A review of the docket reflects that no entry of default has been entered against this defendant.

5.     Defendant Mills asks this Court to deny plaintiff's motion for default and/or to set aside any default that may be entered against him pursuant to Rule 55(a). See also, Rule 55(c).  Defendant's failure to timely plead or otherwise respond to the complaint was not willful, and he has a meritorious defense to the claims raised by plaintiff's complaint.  *See Jackson v. Beech,* 636 F.2d 831, 835 (D.C. Cir. 1980), Moreover, plaintiff is not unduly prejudiced since the District has already answered plaintiff's complaint, and the initial scheduling conference has not yet occurred.

WHEREFORE, for the reasons stated herein, defendant Eldorado Mills asks this Court to deny plaintiff's request for default and/or a default judgment.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

PATRICIA A. JONES, #428132
Chief, General Litigation Sec. IV

_____
GEORGE E. RICKMAN, #433298
LAUREN BIRNBAUM, #483515
Assistant Attorney General
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625