IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, )<br>)<br>Plaintiff, )<br>)<br>v.                                                          )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. ) | Civil Action No.05-2020 |

ORDER

Upon consideration of plaintiff's motion for entry of default and judgment, defendant Eldorado Mills' opposition thereto, any reply, the facts, the law and the record herein, it is this _____ day of _____ 2005, and it is,

**ORDERED:** that plaintiff's motion for entry of default and judgment as to defendant Eldorado Mills is hereby denied**.**

                                                                                    _____
                                                                                    PAUL FRIEDMAN
                                                                                    United States District Court Judge