**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| SHANTE M. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV02020 |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE RULE 26(a)(2)(B) REPORT**

**COMES NOW** the Plaintiff, Shante Moore, by and through counsel, and with consent of the defendants in this case, respectfully requests additional time for plaintiff file her Rule 26(a)(2) Report in this matter, and in support therefor, states as follows:

1. Pursuant to the Scheduling Order issued in this case, plaintiff's Rule 26(a)(2)(B) Report ("Report") is due on or before May 19, 2006,

2. Plaintiff requires additional time, until June 19, 2006, to submit her Report.

3. Plaintiff has retained an expert, but has been unable to provide the expert with needed information and documents plaintiff expected, but has not received, in response to discovery served in this case.[1]

4. Plaintiff has been in contact with defendants' counsel regarding the discovery issues, and plaintiff understands, based upon a conversation with counsel today, that responses and documents have been sent out.

5. No parties will be prejudiced in plaintiff is granted the additional time requested.

---

[1] Defendant District of Columbia provided Objections to every Interrogatory and Production of documents Request served.

**WHEREFORE**, plaintiff respectfully prays that this Honorable Court grant her until June 19, 2006 to submit her 26(a)(2)(B) Report, and such other and further relief as deemed just and proper.

    Respectfully submitted,

    DuBOFF & ASSOCIATES, CHARTERED

    _____
    Donna Williams Rucker, Esquire, #446713
    DuBOFF & ASSOCIATES, CHARTERED
    8401 Colesville Road, Suite 501
    Silver Spring, MD  20910