IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **SHANTE M. MOORE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:05CV02020 |
| **DISTRICT OF COLUMBIA, et al.** | ) |
| **Defendants.** | ) |

**PROPOSED ORDER**

<u>**UPON CONSIDERATION**</u> of the foregoing Consent Motion for Extension of Time for Plaintiff to file Her Rule 26(a)(2)(B) Report, the information contained therein, and the record herein, it is this _____ day of May, 2006,

**ORDERED,** that plaintiff has until June 19, 2006, to file her Rule 26(a)(2)(B) Report.

_____                                      _____
Entered                                                                Judge Paul L. Friedman
                                                                              United States District Judge