IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| SHANTE M. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV02020 |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFF'S 26(a)(2) DISCLOSURES**

**COMES NOW**, Plaintiff, Shante Moore, by and through his undersigned counsel, hereby submits the following disclosures pursuant to the Fed. R. Civ. P. 26(a)(2).

Respectfully submitted,
DuBoff & Associates, Chartered

By: _____/s/_____
Donna Williams Rucker, Esquire (#446713)
8401 Colesville Road, Ste. 501
Silver Spring, Maryland 20910
(301) 495-3131   Office
(301) 587-1872   Facsimile

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th day of June 2006 a copy of the foregoing Plaintiff's Rule 26(a)(2) Disclosures were mailed with proper postage, first class mail, postage prepaid to George Rickman, Esq., Assistant Attorney General, 441 4th Street, N.W., Washington, D.C. 20044-4600.

_____/s/_____
Donna Williams Rucker, Esquire