N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| SHANTE M. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV02020 |
| | ) | |
| DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

**COMES NOW** the Plaintiff, Shante Moore, by and through counsel, and respectfully requests additional time for plaintiff complete discovery in this case, and in support therefor, states as follows:

1. Pursuant to the Scheduling Order issued in this case, discovery is set to close in this matter on or about July 19, 2006,

2. Plaintiff has served paper discovery on each defendant, but has not received discovery responses from defendant Mills, besides answers to Admissions.

3. Plaintiff scheduled defendant Mills' deposition for June 29, 2006.  The deposition ended before it was completed because defendant Mills stated that he was sick.  The deposition was to be rescheduled in any event because plaintiff had not received defendant Mills' discovery responses.

4. Plaintiff requires additional time, to August 31, 2006, to complete discovery in this matter, including receive and review the discovery now due.

5.  Prior to filing this motion, plaintiff spoke with defendant's counsel who advised that he would consent to the extension requested by plaintiff, but stated that he needed the discovery deadline moved to October 2006 because there is no money in the District's budget for him to

schedule depositions.  Plaintiff's counsel advised that she could not consent to a delay that would extend discovery to October 2006

6.  No parties will be prejudiced if plaintiff is granted the additional time requested.

**WHEREFORE**, plaintiff respectfully prays that this Honorable Court extend the time for her to complete discovery to August 31, 2006, and for such other and further relief as deemed just and proper.

Respectfully submitted,

DuBOFF & ASSOCIATES, CHARTERED

_____/s/_____
Donna Williams Rucker, Esquire, #446713
DuBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, MD  20910