# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **SHANTE M. MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05CV02020 |
| ) | |
| **DISTRICT OF COLUMBIA, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## **PROPOSED ORDER**

**UPON CONSIDERATION** of the foregoing Motion for Extension of Time to Complete Discovery, the information contained therein, and the record herein, it is this _____ day of July, 2006,

**ORDERED,** that plaintiff has until August 31, 2006, to complete discovery.

_____                                           _____
Entered                                                                      Judge Paul L. Friedman
                                                                                    United States District Judge