IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANTE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.05-2020 |
| | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

THE DEFENDANTS ELDORADO MILLS AND THE DISTRICT OF COLUMBIA'S
MOTION TO ENLARGE THE TIME FOR DISCOVERY

Defendants the District of Columbia and Eldorado Mills (collectively "District defendants"), by and through undersigned counsel and with plaintiff's partial consent, hereby move this Court to enlarge the time of discovery until October 31, 2006. As reasons for this motion, these District defendants state the following:

1.   By previous order of this Court, discovery is scheduled to close on July 19, 2006.  See January 19, 2006, Scheduling Order, at Docket Entry #16.  At the present time, the parties have not been able to complete discovery. The remaining written discovery responses by the District defendants should be completed within the next two days.  No depositions have been completed. The deposition of defendant Eldorado Mills was started on June 29, 2006, but Officer Mills became ill during the deposition and it had to be continued to another date.  Plaintiff's counsel has indicated that she anticipates completion of her depositions before August 16, 2006, and only consents to an enlargement until that time.

2. Due to budgetary constraints on the Office of the Attorney General for the District of Columbia , undersigned counsel is unable to schedule any depositions until after October 1, 2006, the beginning of the new fiscal year. Under the Anti-deficiency Act, prior to obtaining services from outside contractors/vendors, the District must obtain an approved purchase order. See D.C. Official Code § 1-204.46 ("No amount may be obligated or expended by any officer or employee of the District of Columbia government unless such amount has been approved by Act of Congress, and then oly according to such Act.")  See also, D.C. Official Code § 47-355.01, and 47-355.02.  Section 47-355.02 reads as follows:

> A District … employee may not:
>
> (1)   Make or authorize an expenditure or obligation exceeding an amount avialable in an appropriation or fund;
> (2)   Involve the District in a contract or obligation for the payment of money before an appropriation is made unless authorized by law;
> (3)   Approve a disbursement without appropriate authorization; or
> (4)   Defer recording a transaction incurred in the current fiscal year to a future fiscal year.

Undersigned counsel does not have an approved purchase order to take depositions in this litigation, and will be unable to obtain approved purchase orders until the new fiscal yar. The District contemplates taking two to three depositions in this case once funding becomes available, and therefore seeks an enlargement of discovery until October 31, 2006.

3. Under Fed. R. Civ. P. 6(b)(1):

> "…with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by previous order…"

    4.    This motion is being made within the specified period for discovery, and no party will be unduly prejudiced should the Court granted the requested relief.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, D.C.
        Civil Litigation Division

        _____
        PATRICIA A. JONES #428132
        Civil Litigation Division
        Chief, General Litigation Section IV

        _____
        GEORGE E. RICKMAN #433298
        Assistant Attorney General
        Civil Litigation Division
        General Litigation Section IV
        441 Fourth Street, N.W., Sixth Floor South
        Washington, DC 20044-4600
        202-442-9840/fax 202-727-3625

### Local Rule 7(m) Certification

I do hereby certify that on July 18, 2006, I contacted Donna Rucker, Esq., counsel for the plaintiff, in an effort to obtain her consent to the relief sought herein. Ms. Rucker indicated that she consents to an enlargement up to August 16, 2006.

        _____
        GEORGE E. RICKMAN
        Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE,           )<br>                         )<br>     Plaintiff,        )<br>                         )<br>v.                       )<br>                         )<br>                         )<br>THE DISTRICT OF COLUMBIA, *et al.*,  )<br>                         )<br>     Defendants.        ) | Civil Action No.05-2020 |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANTS ELDORADO MILLS AND THE DISTRICT OF COLUMBIA'S
MOTION TO ENLARGE THE TIME FOR DISCOVERY

As support and authority for the defendants Eldorado Mills and District of Columbia's motion to enlarge the time for discovery, these defendants cite to and rely on the following:

1. Fed. R. Civ. P. 6(b)(1);

2. The equitable powers of the Court;

3. In the interest of justice and judicial economy;

4. Plaintiff's partial consent.

                                                     Respectfully submitted,

                                                     ROBERT J. SPAGNOLETTI
                                                     Attorney General for the District of Columbia

                                                     GEORGE C. VALENTINE
                                                   Deputy Attorney General, D.C.
                                                   Civil Litigation Division

                                                     _____
                                                     PATRICIA A. JONES #428132
                                                     Civil Litigation Division
                                                     Chief, General Litigation Section IV

GEORGE E. RICKMAN #433298
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
441 Fourth Street, N.W., Sixth Floor South
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625