IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al*., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the defendants Eldorado Mills and the District of Columbia's motion to enlarge the time for discovery until October 31, 2006, any opposition thereto, any reply, the partial consent of plaintiff, the facts, the law and the record herein, it is this _____ day of _____ 2006, and it is,

**ORDERED:** that the defendants Eldorado Mills and District of Columbia's motion to enlarge the time for discovery is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that discovery shall be completed on or before October 31, 2006.

PAUL FRIEDMAN
United States District Court Judge