IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al*., ) | |
| ) | |
| Defendants. ) | |

THE DEFENDANTS DISTRICT OF COLUMBIA AND
ELDORADO MILLS' MOTION FOR A PROTECTIVE ORDER

Defendants the District of Columbia and Eldorado Mills (collectively "District defendants"), by and through undersigned counsel, hereby move this Court to enter a protective order pursuant to Fed. R. Civ. P. 26(c). As reasons why this motion should be granted, these District defendants state the following:

1. Plaintiff has sought discovery of a number of matters that are protected by privilege. These matters include information of a personal nature related to defendant Eldorado Mills and is protected from disclosure by the District pursuant to D.C. Official Code §§ 1-631.01 and 1-631.03, and by privacy laws. The information sought includes information contained in the District of Columbia's personnel files, adverse action files and other confidential records maintained by the Metropolitan Police Department ("MPD").

2. This case involves plaintiff's allegations that on or about October 12, 2004, she was wrongfully detained, arrested, and searched by defendant Mills. Plaintiff also avers that defendant Mills assaulted and battered her during the arrest, and intentionally caused her emotional distress. See Complaint, generally. Plaintiff seeks information concerning

defendant Mills' home address, other personal contact information, and the identity and other information concerning defendant Mills' immediate family. Defendant Mills is an officer with the Metropolitan Police Department, and plaintiff has not made a minimal showing of materiality regarding this personal information. These areas of inquiry as to his home address and personal relationships should therefore be precluded is its entirety.

3. Under Fed. R. Civ. P. 26 (c):

> "…the court…may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense…"

4. Consistent with Fed. R. Civ. P. 26 (c), the District defendants respectfully move this Court enter the attached order.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
PATRICIA A. JONES #428132
Civil Litigation Division
Chief, General Litigation Section IV

_____
GEORGE E. RICKMAN #433298
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625

Local Rule 7(m) Certification

I do hereby certify that on July 6, 2006, the undersigned attempted contact with Donna Rucker, Esq., counsel for plaintiff in an effort to obtain her consent to the relief sought. Ms. Rucker has not responded to these defendants' e-mail and this motion should therefore be treated as opposed.

GEORGE E. RICKMAN
Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANTE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.05-2020 |
| | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT THE DEFENDANTS DISTRICT OF COLUMBIA AND ELDORADO
MILLS' MOTION FOR A PROTECTIVE ORDER

As support and authority for the relief sought herein, the District of Columbia and Eldorado Mills cite to and rely on the following:

1. Fed. R. Civ. P. 26(c);

2. The equitable powers of the court;

3. In the interest of justice and judicial economy

4. The record herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

PATRICIA A. JONES #428132
Civil Litigation Division
Chief, General Litigation Section IV

                                                _____
GEORGE E. RICKMAN #433298
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625