UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE M. MOORE, )<br>     )<br>  Plaintiff, )<br>     )<br>  v. )<br>     )<br>DISTRICT OF COLUMBIA, et al., )<br>     )<br>  Defendants. )<br>     ) | Civil Action No. 05-2020 (PLF) |

ORDER OF REFERRAL

This matter came before the Court for a status conference on July 21, 2006. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Alan Kay for settlement discussions, beginning July 24, 2006; discussions shall conclude on or before November 15, 2006. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 21, 2006