UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHANTE M. MOORE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2020 (PLF) |
| DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

On July 21, 2006, the parties came before the Court for a status conference. At that conference the Court informed the parties that it was referring this action to a magistrate judge for management and resolution of all discovery-related issues. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Deborah A. Robinson for the management of discovery in this case, including the pending contested motion for a protective order. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of Magistrate Judge Robinson following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 21, 2006