IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al*., ) | |
| ) | |
| Defendants. ) | |

### THE DEFENDANTS DISTRICT OF COLUMBIA AND ELDORADO MILLS' CONSENT MOTION TO ENLARGE THE TIME FOR DISCOVERY

Defendants the District of Columbia and Officer Eldorado Mills (collectively "District defendants"), by and through undersigned counsel and with plaintiff's consent, hereby move this court to enlarge the time in which to complete discovery. The parties are unable to complete all necessary discovery prior to the October 31, 2006, close of discovery. More detailed grounds for the defendants' motion are more fully set forth in the attached memorandum of points and authorities in support of this motion.

                                                                 Respectfully submitted,

                                                                 ROBERT J. SPAGNOLETTI
                                                                 Attorney General for the District of Columbia

                                                                 GEORGE C. VALENTINE
                                                                Deputy Attorney General, D.C.
                                                                Civil Litigation Division

                                                                PATRICIA A. JONES #428132
                                                                Civil Litigation Division
                                                               Chief, General Litigation Section IV

                        GEORGE E. RICKMAN #433298
                        Assistant Attorney General
                        Civil Litigation Division
                        General Litigation Section IV
                        P.O. Box 14600
                        Washington, DC 20044-4600
                        202-442-9840/fax 202-727-3625

Local Rule 7(m) Certification

I do hereby certify that on October 27, 2006, Donna Williams Rucker, Esq., counsel for plaintiff, contacted the Office of the Attorney General for the District Columbia and gave her consent to enlarge the period of discovery until November 27, 2006.

                        GEORGE E. RICKMAN
                        Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANTS DISTRICT OF COLUMBIA AND
ELDORADO MILLS' CONSENT MOTION TO
ENLARGE THE TIME FOR DISCOVERY

Defendants the District of Columbia and Officer Eldorado Mills (collectively "District defendants"), by and through undersigned counsel and with plaintiff's consent, hereby move this court to enlarge the time in which to complete discovery. As reasons for this motion, these District defendants state the following:

1. By Order, dated July 21, 2006, this Court enlarged discovery until October 31, 2006. See Docket Entry #24. A joint status report on discovery is due on November 15, 2006. By letter dated September 27, 2006, the District defendants attempted to schedule depositions of plaintiff and her identified witnesses. On October 18, 2006, undersigned counsel noted plaintiff's depositions, as well as her identified witnesses for October 26, 2006.

2. On or about October 25, 2006, plaintiff informed the undersigned that neither plaintiff nor those witnesses who had been subpoenaed by the District would be available on this date. None of the witnesses appeared for the scheduled depositions.

The parties have agreed to an enlargement of time so all remaining discovery could be completed. The parties further agree that discovery should be completed on or before November 27, 2006.[1] The parties are required to submit status reports to the Court by November 15, 2006. The District asks that the time for submission of the status reports be enlarged to December 15, 2006.

    3    Under *Fed R. Civ. P.* 6(b):

> "…an act that is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed…"

    4.    This motion is being made before the expiration of the period originally prescribed by the Court and with the consent of all parties to the litigation.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, D.C.
    Civil Litigation Division

    _____
    PATRICIA A. JONES #428132
    Civil Litigation Division
    Chief, General Litigation Section IV

    _____
    GEORGE E. RICKMAN #433298
    Assistant Attorney General
    Civil Litigation Division
    General Litigation Section IV
    P.O. Box 14600
    Washington, DC 20044-4600
    202-442-9840/fax 202-727-3625

---

[1] The witnesses were subpoenaed for the October 26, 2006, deposition. In lieu of moving to compel and/or for sanctions, the District seeks to enlarge discovery.