IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al*., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the defendant District of Columbia's consent motion to enlarge the time for discovery, the facts, the laws and the record herein, it is this _____ day of _____ 2006, and it is,

**ORDERED:** that the defendant District of Columbia's consent motion to enlarge the time for discovery is **GRANTED;** and it is,

**FURTHER ORDERED:** that the time for discovery is enlarged to November 27, 2006; and it is,

**FURTHER ORDERED:** that a joint status report on discovery shall be filed on or before December 15, 2006.

PAUL FRIEDMAN
United States District Court Judge