**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| **SHANTE M. MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05CV02020 |
| ) | |
| **DISTRICT OF COLUMBIA, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## **PROPOSED ORDER**

**UPON CONSIDERATION** of the foregoing Motion for to Compel and for Sanctions, the information contained therein, the record herein, and any opposition, it is this _____ day of _____, 2006,

**ORDERED,** that Defendant Mills is compelled to provided responses to Plaintiff's Request for Production of Documents on or before _____, and it is further,

**ORDERED,** that defendant Mills pay plaintiff's attorneys fees and cost in the amount of $687.00.

_____                    _____
Entered                             Deborah A. Robinson, Magistrate Judge
                                    United States District Court