UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHANTE M. MOORE

    Plaintiff,

      v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

Civil Action No. 05-2020
PLF/DAR

# ORDER

On November 13, 2006, Plaintiff moved to compel responses to the requests for production of documents which she served upon Defendant Eldorado Mills in May, 2006, and for an award of her costs, including attorney's fees, of the preparation of the motion. Plaintiff's Motion to Compel and for Sanctions Against Defendant Mills (Docket Nos. 31, 32). As of this date–more than one week beyond the date by which any opposition to the pending motion was due to be filed–Defendant Mills has filed no opposition or other response.[1] The undersigned will therefore treat Plaintiff's motion as conceded;[2] grant the motion; order that Defendant Mills serve his responses to Plaintiff's requests for production of documents no later than December 11, 2006; and award Plaintiff her costs of preparation of the motion.

It is, this 6th day of December, 2006,

    **SO ORDERED.**

December 6, 2006
                        /s/
                        DEBORAH A. ROBINSON
                        United States Magistrate Judge

---

[1] Defendant Mills is represented by the Office of the Attorney General of the District of Columbia.

[2] LCvR 7(b).