IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| SHANTE M. MOORE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>   Defendants. )<br>_____) | Case No. 1:05CV02020 |

## **LINE**

**COMES NOW**, Plaintiff, Shante Moore, by and through her undersigned counsel, hereby submits this Line and respectfully requests that the Parties be permitted to file the Joint Status Report on or before December 20, 2006. Plaintiff's counsel discussed this matter with defendant's counsel yesterday and it was understood that defendant's counsel would not be in the office, but he would provide the defendant's position and plaintiff's counsel would insert plaintiff's position and file the Joint Status Report. The parties also discussed that plaintiff's counsel would not be able to return to the office until Wednesday, December 20, 2006.

Additional time is requested so that plaintiff's counsel can obtain defendant's position to place in the Joint Status Report.

                                        Respectfully submitted,
                                        DUBOFF & ASSOCIATES, CHARTERED

        By:      /s/
                                Donna Williams Rucker, Esquire (#446713)
                                8401 Colesville Road, Ste. 501
                                Silver Spring, Maryland 20910
                                (301) 495-3131    Office
                                (301) 587-1872    Facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of December 2006 a copy of the foregoing Plaintiff's Line was sent via the Court's ECF system to George Rickman, Esq., Assistant Attorney General, 441 4th Street, N.W., Washington, D.C. 20044-4600.

_____/s/_____
Donna Williams Rucker, Esquire