IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ELDORADO MILLS' CONSENT MOTION TO ENLARGE THE TIME
IN WHICH TO COMPLY WITH THE COURT ORDERED PAYMENT**

Defendant Eldorado Mills, by and through undersigned counsel, hereby moves this court to enlarge the time in which to make payment ordered pursuant to its Order, dated December 6, 2006. As reasons why this motion should be granted, defendant Mills states the following:

Due to the press of other business, and the upcoming holiday, the Office of the Attorney General, on behalf of defendant Mills, was unable to timely process the payment of sanctions to plaintiff's counsel. Undersigned counsel therefore seeks to enlarge the time until December 29, 2006, to remit payment.

A memorandum of points and authorities is attached hereto.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

        GEORGE E. RCKMAN [433298]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 442-9840; (202) 727-6295

Local Rule 7 (m) Certification

I do hereby certify that on December 20, 2006, Patricia Jones, Chief, General Litigation Sec. IV of the Office of the Attorney General spoke with Donna Rucker, Esq, in an effort to obtain consent to the relief sought herein. Ms. Rucker consents to the relief sought herein.

        GEORGE E. RICKMAN
        Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANT ELDORADO MILLS' CONSENT MOTION TO ENLARGE THE
TIME IN WHICH TO COMPLY WITH THE COURT ORDERED PAYMENT

In support of his Motion to Enlarge the Time to Comply With this Court's December 6, 2006, Order, this defendant states as follows:

1. On December 6, 2006, the Court issued its order awarding costs to plaintiff in preparing her motion to compel discovery. See Document Entry # 33, Entered December 6, 2006.

2. Pursuant to Fed. P. Civ. R. 6(e), "[w]henever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice…3 days shall be added to the prescribed period. The District received notice of the Court's Order on December 6, 2006. Therefore, payment of the sanctioned fees are due on December 26, 2006.

3. Due to the press of business, as well as the holiday schedule, the District will be unable to timely process the payment for sanctions as ordered by this Court. The District therefore seeks additional until December 29, 2006, to remit the ordered

payment. On or before this date, a check in the ordered amount of $687.00 shall be forwarded to Donna Williams Rucker Esq., DuBoff and Associates, 8401 Colesville Road, Suite 501, Silver Spring, MD 20910-3349.

4. Under *Fed R. Civ. P.* 6(b):

> "…an act that is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed…"

5. This motion is filed in accordance with Rule 6(b)(1) and plaintiff will not suffer any undue prejudice by the Court granting the relief sought herein. Moreover, plaintiff consents to the requested relief.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____
GEORGE E. RCKMAN [433298]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9840; (202) 727-6295

Case 1:05-cv-02020-PLF    Document 35    Filed 12/20/2006    Page 5 of 5