IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the defendant Eldorado Mills' motion to enlarge the time in which to remit payment of fees and costs, plaintiff's consent to the relief, the facts the law and the record herein, it is this _____ day of _____ 2006, and it is,

**ORDERED:** that the defendant Eldorado Mills' motion to enlarge the time is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that payment of costs to Donna Williams Rucker, Esq shall be made on or before December 29, 2006.

DEBORAH ROBINSON
United States Magistrate Judge