IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

THE DEFENDANTS THE DISTRICT OF COLUMBIA AND
OFFICER ELDORADO MILLS' REPORT ON THE STATUS OF DISCOVERY

Defendants the District of Columbia and Officer Eldorado Mills (collectively "District defendants"), by and through undersigned counsel, hereby submit their report on the status of discovery in the case referenced above. These District defendants cannot certify that discovery in this case has been completed.

1. Discovery closed in this case on November 27, 2006. Prior to the close of discovery, the District defendants sent written discovery directed to plaintiff, Shante Moore, and noticed a number of depositions of those fact witnesses identified by plaintiff. Three of plaintiff's four (4) identified fact witnesses' depositions were completed on November 15, 2006. Although subpoenaed, the remaining witness, John Moore, Jr., failed to appear for his deposition.

2. Plaintiff made repeated representations that Mr. Moore's failure to appear was because of work that required him to leave the area and that they would ensure his appearance for deposition at a later date. Plaintiff has yet to secure Mr. Moore's appearance which may require an enforcement of the subpoena by the Court.

3.      These District defendants forwarded a second deficiency letter to plaintiff regarding her deficient responses to these District defendants' written discovery.  Plaintiff has yet to respond or supplement her discovery responses.

4.      Plaintiff has agreed to provide her expert, Mr. Klotz, availability dates for deposition, but has failed to do so.   Because these defendants have been unable to depose Mr. Klotz, they have been unable to designate their own expert, and seek leave of Court to do so.

5.      The District defendants are seeking an enlargement of the time in which to complete discovery because there remains outstanding discovery to be completed.

        Respectfully submitted,

        EUGENE A. ADAMS
        Interim Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

        _____
        GEORGE E. RCKMAN [433298]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 442-9840; (202) 727-6295