# DuBoff & Associates, Chtd.
## ATTORNEYS & COUNSELORS AT LAW

Joel DuBoff *♠•
Donna W. Rucker *∀•
Theresa M. Regner ♠

8401 Colesville Road
Suite 501
Silver Spring, MD  20910-3349

(301) 495-3131
Fax:  (301) 587-1872

1229 15th Street, N.W.
Washington, DC 20036

District of Columbia *
Maryland ♠, Virginia π
Pennsylvania ∀, Federal Courts •

October 27, 2006

**FACSIMILE TRANSMISSION COVER SHEET**

TO:        George E. Rickman, Esq.
            Assistant Attorney General

COMPANY:   District of Columbia Government

TRANSMIT#  (202) 727-6014

FROM:      Donna Williams Rucker
           Re: *Moore v. District of Columbia, et al.*

  1    PAGES INCLUDING THIS COVER SHEET.

MESSAGE:   I left you a message today advising that I will consent to extension of discovery deadline for the depositions that you have noticed until November 27, 2006.

IF YOU HAVE ANY PROBLEMS DURING TRANSMISSION, PLEASE CALL
    Maria   at   301-495-3131

*******************************************************************************
THIS FACSIMILE TRANSMISSION IS INTENDED FOR THE ADDRESSEE SHOWN ABOVE.  IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE.  ANY REVIEW, DISSEMINATION OR USE OF THIS TRANSMISSION OR ITS CONTENTS BY PERSONS OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL THE ORIGINAL TO US AT THE ABOVE ADDRESS.
*******************************************************************************