# DuBoff & Associates, Chtd.

**ATTORNEYS & COUNSELORS AT LAW**

| | | |
|---|---|---|
| Joel DuBoff  * ♠ • | 8401 Colesville Road | |
| Donna W. Rucker ⋎ * • | Suite 501 | Pennsylvania ⋎, Federal Courts • |
| Theresa M. Regner ♠ | Silver Spring, MD  20910-3349 | District of Columbia * Maryland ♠ |
| Craig E. Grabo ♠ | | |

(301) 495-3131

Fax:  (301) 587-1872

November 22, 2006

**VIA FACSIMILE AND U.S. MAIL**

George E. Rickman, Esq.
Office of the Attorney General
for the District of Columbia
441 4th Street N.W., 6th Floor
Washington D.C. 20001.

Re:  *Shante Moore v. District of Columbia, et al.*
Case No.: 05-2020 (PLF)

Dear Mr. Rickman:

Reference is made to your letter dated November 21, 2006, and faxed and mailed to me.  I received your fax this morning.

I have reviewed your letter, and unfortunately, I am not clear as to what you are requesting plaintiff supplement.  A factor that aids in the confusion is that the letter you faxed is substantially cut off at the right margin.

As for Robert Klotz, your letter fails to acknowledge that you and I discussed this matter at the depositions that you scheduled for plaintiff and her family held on November 15, 2006.  At that time, I told you that I believe that you missed your opportunity to depose Robert Klotz because you never sought to depose him within the October 31, 2006 discovery deadline.  Also, I reminded you that you obtained my consent to an extension of the discovery deadline for the limited purpose of deposing plaintiff and her family, depositions you had scheduled for October 26, 2000.  As you recall, the deposition conflicted with a previously scheduled deposition.

I went on to explained that I was distressed that in a letter from you dated November 1, 2006, you expressed an interest, for the first time, in deposing plaintiff's expert.  Although you told me that you believed that the Judge would allow you to take the deposition anyway, I told you I did not like the tactics you employed.  Although I do not believe that you are entitled to take the deposition at this juncture, I have placed a call

requesting dates.

    I look forward to hearing from you.

                          Very truly yours,

                          Donna Williams Rucker