# DuBoff & Associates, Chtd.
**ATTORNEYS & COUNSELORS AT LAW**

Joel DuBoff *♠•
Donna W. Rucker *∀•
Theresa M. Regner ♠

8401 Colesville Road
Suite 501
Silver Spring, MD  20910-3349

(301) 495-3131
Fax:  (301) 587-1872

1229 15th Street, N.W.
Washington, DC 20036

District of Columbia *
Maryland ♠, Virginia π
Pennsylvania ∀, Federal Courts •

November 27, 2006

**FACSIMILE TRANSMISSION COVER SHEET**

TO:            George E. Rickman, Esq.
                 Assistant Attorney General

COMPANY:   District of Columbia Government

TRANSMIT#  (202) 727-6014

FROM:         Donna Williams Rucker
                 Re: *Moore v. District of Columbia, et al.*

_____ PAGES INCLUDING THIS COVER SHEET.

MESSAGE:   Please find attached my letter mailed to you of Friday documenting the Mills deficiencies that we discussed.  Also, I am waiting to hear from you as to you want to reschedule the deposition for Johnny Moore, Jr.  I am out of the office December 4 through the 8th.
           IF YOU HAVE ANY PROBLEMS DURING TRANSMISSION, PLEASE CALL
                    Maria   at   301-495-3131

**************************************************************************
THIS FACSIMILE TRANSMISSION IS INTENDED FOR THE ADDRESSEE SHOWN ABOVE.  IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE.  ANY REVIEW, DISSEMINATION OR USE OF THIS TRANSMISSION OR ITS CONTENTS BY PERSONS OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL THE ORIGINAL TO US AT THE ABOVE ADDRESS.
**************************************************************************