# DuBoff & Associates, Chtd.

### ATTORNEYS & COUNSELORS AT LAW

Joel DuBoff  * ♠ •

Donna W. Rucker ⅄ * •

Theresa M. Regner ♠

Craig E. Grabo ♠

8401 Colesville Road

Suite 501

Silver Spring, MD  20910-3349

(301) 495-3131

Fax:  (301) 587-1872

Pennsylvania ⅄, Federal Courts •

District of Columbia * Maryland ♠

November 24, 2006

**VIA FACSIMILE AND U.S. MAIL**

George E. Rickman, Esq.

Office of the Attorney General

for the District of Columbia

441 4th Street N.W., 6th Floor

Washington D.C. 20001.

Re:    *Shante Moore v. District of Columbia, et al.*
       Case No.: 05-2020 (PLF)

Dear Mr. Rickman:

This letter is regarding the deficiencies in the discovery responses by Defendant Mills.  Defendant Mills has not provided complete answers to the following Interrogatories:

Interrogatory No. 7:  This Interrogatory called for a detailed response and Mills failed to provided the details requested.

Interrogatory No. 6:  Defendant fails to discuss the disciplinary actins brought against him.

Interrogatory No. 9: Defendant Mills fails to answer this question in the detail requested.  Specifically, he fails to state what he observed of the other officers known to be present at the incident and what each person present stated.

Interrogatory No. 11: Defendant Mills fails to state what action he observed that cause him to believe plaintiff was fleeing; what plaintiff refused to do or how she resisted arrest (as represented in Answer to Interrogatory No. 12.)

Interrogatory No. 14:  Defendant Mills fails to state what Traffic infractions he made against plaintiff.

Interrogatory No. 15:  Defendant Mills fails to state the substance of the conversation that he had with Sergeant McCourt.

Interrogatory No. 20:  The response provided fails to answer the question, which seeks to discover where Mills was when he allegedly observed plaintiff run the stop sign. The answer provided only give the direction in which he was traveling.

Interrogatory No. 22:  Defendant Mills fails to list what traffic infractions he is aware of.

Interrogatory No. 26:  Defendant Mills fails to answer this Interrogatory and the answers that he refers to do not provide the information sought.

Interrogatory No. 27:  Defendant Mills fails to state what Traffic infractions he made against plaintiff.

Interrogatory No. 29:  Defendant Mills fails to state whether he was "required to appear in court" for the matter.  He states he doe not remember appearing in court; that is different from whether he was required to appear.

I look forward to hearing from you so that we may resolve these issues as previously discussed.


Very truly yours,


Donna Williams Rucker