IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE,                )<br>                                            )<br>            Plaintiff,            )<br>                                            )<br>v.                                        )<br>                                            )<br>                                            )<br>THE DISTRICT OF COLUMBIA, *et al*.,   )<br>                                            )<br>            Defendants.           ) | Civil Action No.05-2020 |

ORDER

Upon consideration of the defendants District of Columbia and Officer Eldorado Mills' motion to re-open discovery, and opposition thereto, any reply, the facts, the law and the record herein, it is this _____ day of _____, 2007, and it is,

**ORDERED:** that the defendants District of Columbia and Officer Eldorado Mills' motion to re-open discovery is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that discovery is hereby re-opened for sixty (60) days as of the date of this order.

DEBORAH ROBINSON
United States Magistrate Judge