# EXHIBITS

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General



**Civil Litigation Division**
GENERAL LITIGATION SECTION IV

September 27, 2006

Donna Rucker, Esq.
DuBoff and Associates
8401 Colesville Road, Suite 501
Silver Spring, MD 20910-3349

**BY FAX AND FIRST CLASS MAIL**

    Re: Discovery in Shante Moore v. D.C., et al, Civil Action No. 05-2020

Dear Ms. Rucker:

I write to schedule deposition dates for Shante Moore, plaintiff in above-referenced case, and deposition dates those persons identified as Mr. and Mrs. Moore, plaintiff's parents, and Johnny Moore, plaintiff's brother. Per the colloquy with the court at the most recent hearing before Judge Friedman, the District defendants are prepared to go forward with depositions in the month of October. Please provide three dates which are amenable to the parties listed above. If you are unable to produce those person who are not parties to the litigation on the dates you provide, please inform this office by the close of business October 3, 2006, so these persons can be subpoenaed for deposition. My available dates include the last three weeks of October, excluding October 12, 20 and 27.

Additionally, in your responses to the District's interrogatories, you identified a tape that was in your possession that contains information material to claims raised in this case. Please forward a copy of this tape as soon as practicable.

If you have any questions, I can be reached at 202-442-9840. I appreciate your immediate attention.

Respectfully,

ROBERT SPAGNOLETTI
BY: _____
    GEORGE E. RICKMAN
    Assistant Attorney General, D.C.
    Civil Litigation Division
    General Litigation Section IV

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General



**Civil Litigation Division**
GENERAL LITIGATION SECTION IV

November 21, 2006

Donna Williams Rucker, Esq.
DuBoff and Associates
8401 Colesville Road, Suite 501
Silver Spring, MD 20910

**BY FAX AND FIRST CLASS POSTAGE**

    Re: Discovery in Shante Moore v. D.C., et al., Civil Action No. 05-2020

Dear Ms. Williams:

I write to informally resolve some lingering issues with discovery in the case referenced above. By letter dated May 17, 2006, I pointed out deficiencies in plaintiff's responses to the defendants' interrogatories. On June 13, 2006, you forwarded your supplemental responses.

In question 20 of the interrogatories, the District defendants asked:

> Describe your employment since the incident, the dates you intend to show you were fully disabled from v the dates you were partially disabled from work, your lost wages and any change in job assignment becaus disability, any claims for future lost earnings and earning capacity, and the names, addresses and telephon numbers of all persons having personal knowledge of these losses.

In your supplemental responses you simply indicate that plaintiff has been "... unemployed since the incident and the arrest has automatically disqualified me from pursuing employment for which I am qualified." Plaintiff furthe "...I have been told unofficially b[y] sic. several people familiar with employment practices that it would be a wa: my time to even apply for these jobs, so I haven't." Further, in depositions of witnesses that were identified by pl other efforts to obtain employment were disclosed but were not identified in plaintiff's discovery responses.

Please detail any job that you claim was lost because of the arrest, the times of application, all persons with know of the circumstances which you contend were effected by the arrest and the wages lost. This information should in all jobs that you contend were adversely affected by the arrest.

You have further failed to provide the information needed to facilitate the deposition of plaintiff's expert, Robert Please forward Mr. Klotz's billing rate for depositions, billing address, tax identification number and dates he is available for deposition.

---

441 Fourth Street, N.W., Sixth Floor North, Washington, D.C. 20001 (202) 442-9840

The close date for discovery nears so please forward this information as soon as practicable, but no later than ten business days. Any failure to do so will require these defendants to seek relief from the court. If you have any furt questions, I can be reached at 202-442-9840.

Respectfully,

EUGENE A. ADAMS
Interim Attorney General for the
District of Columbia

BY: _____
GEORGE E. RICKMAN
Assistant Attorney General, D.C.
Civil Litigation Division
General Litigation Section IV

---

441 Fourth Street, N.W., Sixth Floor North, Washington, D.C. 20001  (202) 442-9840

# DuBoff & Associates, Chtd.
## ATTORNEYS & COUNSELORS AT LAW

8401 Colesville Road
Suite 501
Silver Spring, MD 20910-3349

(301) 495-3131
Fax: (301) 587-1872

1229 15th Street, N.W.
Washington, DC 20036

District of Columbia *
Maryland ▲. Virginia ж
Pennsylvania ⋎. Federal Courts •

Joel DuBoff *▲•
Donna W. Rucker *⋎•
Theresa M. Regner ▲

November 22, 2006

### FACSIMILE TRANSMISSION COVER SHEET

TO:         George E. Rickman, Esq.
            Assistant Attorney General

COMPANY:    District of Columbia Government

TRANSMIT#   (202) 727-6014

FROM:       Donna Williams Rucker
            Re: *Moore v. District of Columbia, et al.*

__3__ PAGES INCLUDING THIS COVER SHEET.

MESSAGE:    Please find attached my letter in response to your letter received by me today.

IF YOU HAVE ANY PROBLEMS DURING TRANSMISSION, PLEASE CALL
Maria at 301-495-3131

*************************************************************************

THIS FACSIMILE TRANSMISSION IS INTENDED FOR THE ADDRESSEE SHOWN ABOVE.  IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE.  ANY REVIEW, DISSEMINATION OR USE OF THIS TRANSMISSION OR ITS CONTENTS BY PERSONS OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL THE ORIGINAL TO US AT THE ABOVE ADDRESS.
*************************************************************************

# DuBoff & Associates, Chtd.
## ATTORNEYS & COUNSELORS AT LAW

Joel DuBoff * ♠ •
Donna W. Rucker ∀ * •
Theresa M. Regner ♠
Craig E. Grabo ♠

8401 Colesville Road
Suite 501
Silver Spring, MD 20910-3349

(301) 495-3131
Fax: (301) 587-1872

Pennsylvania ∀, Federal Court
District of Columbia * Maryland

November 22, 2006

**VIA FACSIMILE AND U.S. MAIL**
George E. Rickman, Esq.
Office of the Attorney General
for the District of Columbia
441 4th Street N.W., 6th Floor
Washington D.C. 20001.

    Re:    *Shante Moore v. District of Columbia, et al.*
            Case No.: 05-2020 (PLF)

Dear Mr. Rickman:

    Reference is made to your letter dated November 21, 2006 and faxed and mailed to me. I received your fax this morning.

    I have reviewed your letter, and unfortunately, I am not clear as to what you are requesting plaintiff supplement. A factor that aids in the confusion is that the letter you faxed is substantially cut off at the right margin.

    As for Robert Klotz, your letter fails to acknowledge that you and I discussed this matter at the depositions that you scheduled for plaintiff and her family held on November 15, 2006. At that time, I told you that I believe that you missed your opportunity to depose Robert Klotz because you never sought to depose him within the October 31, 2006 discovery deadline. Also, I reminded you that you obtained my consent to an extension of the discovery deadline for the limited purpose of deposing plaintiff and her family, depositions you had scheduled for October 26, 2000. As you recall, the deposition conflicted with a previously scheduled deposition.

    I went on to explained that I was distressed that in a letter from you dated November 1, 2006, you expressed an interest, for the first time, in deposing plaintiff's expert. Although you told me that you believed that the Judge would allow you to take the deposition anyway, I told you I did not like the tactics you employed. Although I do not believe that you are entitled to take the deposition at this juncture, I have placed a call

requesting dates.

I look forward to hearing from you.

Very truly yours,

Donna Williams Rucker

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of the Attorney General



**Civil Litigation Division**
**GENERAL LITIGATION SECTION IV**

**BY FAX AND FIRST CLASS POSTAGE**

December 9, 2006

Donna Williams Rucker, Esq.
Joseph DuBoff & Associates
8401 Colesville Road, Suite 501
Silver Spring, MD 20910-3349

Re: Completing discovery in *Shante Moore v. D.C. et al.*,

Dear Ms. Rucker:

I write to schedule dates for the completion of discovery and address some lingering discovery issues in the matter referenced above. I will address the concerns you raised in your letter dated November 24, 2006, under separate cover. As I am sure you are aware, a joint report on the status of discovery is due on December 15, 2006. At the present time, I am unable to certify that discovery has been completed. Three issues have not been resolved:

1. Please forward availability dates for Joseph Moore, Jr. so that his deposition can be completed. I am available either December 20 or 25, 2006. Any possible dates following these two will be in the new year;

2. Please forward availability dates for plaintiff's expert, Robert Klotz, in January of 2007. In your letter dated November 22, 2006, you indicated that you would seek dates from Mr. Klotz. Please do so at your earliest convenience;

3. Please supplement plaintiff's responses to question 20 of the defendants interrogatories as detailed in a letter directed to your attention dated November 21, 2006, by December 18, 2006. Any failure to do so will require these defendants to seek relief from the court.

Given the status of discovery and my limited availability through the end of the year, I will be filing a motion to enlarge the time for discovery on December 11, 2006. If you consent to the relief, please contact me at 202-442-9840 or george.rickman@dc.gov. If you have any further questions, I can be reached at the number and/or e-mail address provided above.

Respectfully,

EUGENE ADAMS
Interim Attorney General for
the District of Columbia

---

BY: _____
GEORGE E. RICKMAN
Assistant Attorney General, D.C.
Civil Litigation Division
General Litigation IV

441 Fourth Street, N.W., Sixth Floor North, Washington, D.C. 20001  (202) 442-9840