IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| SHANTE M. MOORE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:05CV02020 |
| DISTRICT OF COLUMBIA, et al. | ) |
| Defendants. | ) |

**ORDER DENYING DEFENDANTS DISTRICT OF COLUMBIA AND ELDORADO MILLS' CONTESTED MOTION TO RE-OPEN DISCOVERY**

**UPON CONSIDERATION,** of the foregoing Motion in Opposition to The Defendants District of Columbia and Eldorado Mills' Contested Motion to Re-Open Discovery, the information contained therein, and the record herein, it is this _____ day of _____, 2007,

**ORDERED,** that defendants District of Columbia and Eldorado Mills' Contested Motion to Re-Open Discovery is **DENIED.**

**SO ORDERED.**

_____
**Deborah A. Robinson, Magistrate Judge**
**U.S. District Court**