UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE M. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2020 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Defendants recently filed a contested motion to reopen discovery. The caption of that motion does not contain the initials of either Judge Friedman or Magistrate Judge Robinson, to whom this case was referred for resolution of discovery matters. Accordingly, it is hereby

ORDERED that the parties shall review this Court's July 21, 2006 order referring discovery to Magistrate Judge Deborah Robinson, and the parties are reminded that in future any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of Magistrate Judge Robinson following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 1, 2007