IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## THE DEFENDANTS DISTRICT OF COLUMBIA AND OFFICER ELDORADO MILLS' REPLY TO PLAINTIFF'S OPPOSTION TO THEIR MOTION TO RE-OPEN DISCOVERY

Defendants the District of Columbia and Eldorado Mills ("District defendants"), by and through undersigned counsel, hereby file their reply to plaintiff's opposition to these defendants' motion to re-open discovery. As reasons why this motion should be granted, these defendants state the following:

1. The record reflects plaintiff's unwillingness to provide these defendants with her expert's available dates for deposition despite repeated requests for this information. See Letter dated November 22, 2006, attached to District's Exhibits to Motion to Re-Open Discovery. These defendants should have the opportunity to depose plaintiff's expert to determine what opinions he seeks to render at the trial of this matter.

2. These defendants promptly presented all witnesses identified by plaintiff for deposition early in the discovery process. In light of plaintiff's repeated failures to timely produce her witnesses for deposition which resulted in the needed enlargements, equitable considerations certainly weigh against plaintiff's claims of prejudice.

3. Plaintiff's conlcusory claim of prejudice does not provide a sufficient basis for this court to deny the District defendants' requested relief. See Pl.'s Opp. at p. 1, ¶ 3. The litigation will not have to begin anew as substantially all of the outstanding discovery has been completed. The court has not scheduled a pre-trial conference or a trial date. Further, with the factual record fully completed, both parties are now in a better position to assess the expert's opinions as they apply to the underlying facts. All factors militate in favor of allowing the deposition to go forward.

4. These defendants have made more than an ample showing of excusable neglect. After repeated "good faith" efforts to obtain available dates for deposition, plaintiff was unwilling to go forward. Much of the delay in taking this deposition before the discovery close date, can only be attributed to plaintiff. Moreover, any claim of prejudice is equally unavailing.

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
PATRICIA A. JONES #428132
Chief, General Litigation Section IV
Civil Litigation Division

_____
GEORGE E. RICKMAN #433298
Assistant Attorney General, D.C.
General Litigation Section IV
Civil Litigation Division
441 Fourth Street, Sixth Floor North
Washington, D.C. 20001
202-442-9840; 202-727-6295