IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.05-2020 |
| ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the defendants District of Columbia and Eldorado Mills' Motion to Alter/Amend this Court's February 15, 2007, Order, any objection thereto, the facts, the law, and the record herein, it is this _____ day of _____ 2007, and it is,

**ORDERED:** that Magistrate's order of February 15, 2007, is hereby set aside for the reasons set forth in the defendants' motion; and it is

**FURTHER ORDERED:** that discovery is hereby re-opened, and it is,

**FURTHER ORDERED**: that the following schedule govern this litigation:

| | |
|---|---|
| Discovery closed: | May 8, 2007 |
| Dispositive motions' deadline: | June 8, 2007 |
| Opposition to dispositive motions | July 9, 2007 |
| Replies due: | July 23, 2007 |

DEBRORAH ROBINSON
Magistrate Judge