IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **SHANTE M. MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05CV02020(PLF)(DAR) |
| ) | |
| **DISTRICT OF COLUMBIA, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PROPOSED ORDER**

**UPON CONSIDERATION** of the foregoing Opposition to Defendant District of Columbia and Eldorado Mills' Motion to Alter or Amend the Court's February 15, 2007, Order, the information contained therein, the record herein, it is this _____ day of _____, 2007,

**ORDERED,** that Defendant District of Columbia and Eldorado Mills' Motion to Alter or Amend the Court's February 15, 2007, Order, is **DENIED.**

_____                                   _____
Entered                                            Deborah A. Robinson, Magistrate Judge
                                                   United States District Court