# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### (Civil Division)

| | |
|---|---|
| SHANTE M. MOORE, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> DISTRICT OF COLUMBIA, et al. ) </br> ) </br> Defendants. ) </br> _____) | Case No. 1:05CV02020 |

## PLAINTIFF'S STATUS REPORT TO THE COURT

**COMES NOW**, Plaintiff, Shante Moore, by and through his undersigned counsel, hereby submits the following Status Report ("Report") to the Court.

Plaintiff informs the Court as follows:

1. Discovery closed in this matter on or about November 27, 2006.

2. The parties presented before Magistrate Judge Robinson on or about January 11, 2007, regarding discovery disputes.

3. As a result of the hearing, plaintiff's brother's deposition was held on January 31, 2007, and Defendant's supplemented its discovery responses to plaintiff's discovery requests.

4. On February 15, 2007, this Honorable Court denied Defendant's motion to extend the discovery deadline.

5. Defendant's have pending a Motion for Reconsideration of this Court's denial of the Motion to extend the Discovery Deadline.

## DISPOSITIVE MOTIONS

Plaintiff has already advised this Court that she did not intend to file a dispositive motion. If defendant's plan to file a dispositive motion, a deadline for the same should be set since discovery has closed and the last deposition taken was in January 2007.

## SETTLEMENT DISCUSSIONS

The parties have held settlement discussion before a Magistrate Judge but the matter did not settle.

## PRETRIAL

Plaintiff is ready to schedule a pretrial.

## HOW LONG WILL TRIAL TAKE

Plaintiff believes that trial will take approximately 4 days.

        Respectfully submitted,
        DUBOFF & ASSOCIATES, CHARTERED

By: _____/s/_____
        Donna Williams Rucker, Esquire (#446713)
        8401 Colesville Road, Ste. 501
        Silver Spring, Maryland 20910
        (301) 495-3131   Office
        (301) 587-1872   Facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of April 2007 a copy of the foregoing Plaintiff's Status Report to the Court was sent via the Court's ECF system, to George Rickman, Assistant Attorney General, 441 4th Street, N.W., Washington, D.C.

_____/s/_____
Donna Williams Rucker, Esquire