UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE M. MOORE, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>  Defendants. )<br>) | Civil Action No. 05-2020 (PLF) |

ORDER

On July 21, 2006, this action was referred to Magistrate Judge Deborah A. Robinson for management and resolution of all discovery-related issues.  On February 15, 2007, Judge Robinson denied defendants' motion to extend the discovery deadline.   Defendants filed a motion for reconsideration of Judge Robinson's order on March 7, 2007.  Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Deborah A. Robinson for resolution of defendants' pending motion for reconsideration, and the management of any further discovery in this case if defendants' motion is granted.  Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of Magistrate Judge Robinson following the case number in the caption.  On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: April 11, 2007                United States District Judge