UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE M. MOORE,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>DISTRICT OF COLUMBIA, et al.,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 05-2020 (PLF) |

ORDER OF REFERRAL

    This matter came before the Court for a status conference on June 1, 2007. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

    ORDERED that this matter is referred to Magistrate Judge Alan Kay for settlement discussions, beginning June 1, 2007; discussions shall conclude on or before November 13, 2007. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference.

    SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 1, 2007