THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE M. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2020 (PLF/DMR) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

THE DEFENDANTS DISTRICT OF COLUMBIA AND ELDORADO MILLS'
MOTION TO ENLARGE THE TIME IN WHICH
TO FILE THEIR DISPOSITIVE MOTION

Defendants the District of Columbia and Officer Eldorado Mills (collectively "District defendants"), by and through undersigned counsel, hereby move this court to enlarge the time in which to file their dispositive motion by an additional five (5) days, or until July 20, 2007. More detailed grounds for the defendants' motion are fully set forth in the attached memorandum of points and authorities in support of this motion.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, D.C.
    Civil Litigation Division

    /s/ Phillip A. Lattimore, III
    PHILLIP A. LATTIMORE, III [422968]
    Chief, General Litigation Section III
    Civil Litigation Division

/s/ George E. Rickman
GEORGE E. RICKMAN #433298
Assistant Attorney General, D.C.
General Litigation Section III
Civil Litigation Division
441 Fourth Street, Sixth Floor South
Washington, D.C.  20001
202-442-9840; 202-727-6295

Local Rule 7(m) Certification

I do hereby certify that on July 13, 2007, I made efforts to contact Donna Williams Rucker, Esq., counsel for plaintiff, in an effort to obtain her consent to the relief sought herein. The undersigned was unable to contact Ms. Rucker and this motion should therefore be treated as opposed.

GEORGE E. RICKMAN
Assistant Attorney General, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANTE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.05-2020 |
| | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DEFENDANTS DISTRICT OF COLUMBIA AND
ELDORADO MILLS' CONSENT MOTION TO
ENLARGE THE TIME FOR DISCOVERY

Defendants the District of Columbia and Officer Eldorado Mills (collectively "District defendants"), by and through undersigned counsel, hereby move this court to enlarge the time in which to file their dispositive motion. As reasons for this motion, these District defendants state the following:

1. On May 31, 2007, the Court entered its scheduling order in which it required dispositive motions to be filed on or before July 13, 2007. See Minute Order dated may 31, 2007. In this same order, the court ordered plaintiff is required to file her opposition on or before August 13, 2007. *Id.*

2. Due to the press of other business, the District defendants are not able to complete the dispositive motion within the scheduled period. These defendants therefore ask for an additional five (5) days, or until July 20, 2007, to file their dispositive motion. Further, the District defendants will not oppose an extension of five (5) days for plaintiff's opposition should the need arise.

    3      Under *Fed R. Civ. P.* 6(b):

"…an act that is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed…"

    4.     This motion is being made before the expiration of the period originally prescribed by the Court and will not prejudice either party should the court grant this relief.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

/s/ Phillip A. Lattimore, III
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III
Civil Litigation Division


/s/ George E. Rickman
GEORGE E. RICKMAN #433298
Assistant Attorney General, D.C.
General Litigation Section III
Civil Litigation Division
441 Fourth Street, Sixth Floor South
Washington, D.C. 20001
202-442-9840; 202-727-6295

Case 1:05-cv-02020-PLF    Document 53    Filed 07/13/2007    Page 5 of 5