THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE M. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2020 (PLF/DMR) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of the defendant District of Columbia and Eldorado Mills' motion to enlarge the time in which to file its dispositive motion, any opposition thereto, any reply, the facts, the law and the record herein it is this___ day of_____ _____2007, and it is,

**ORDERED:** that the defendants District of Columbia and Eldorado Mills' motion to enlarge the time in which to file its dispositive motion is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that the defendants District of Columbia and Eldorado Mills shall file their dispositive motion on or before July 20, 2007.

PAUL FRIEDMAN
United States District Court Judge