

DEFENDANT'S EXHIBIT A

```
0001
 1           IN THE UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF COLUMBIA
 3    - - - - - - - - - - - - - - - - -x
 4    SHANTE MOORE,                     :
 5              Plaintiff               :
 6         vs.                          : Civil Action
 7                                      : No. 05-2020
 8    THE DISTRICT OF COLUMBIA, et al,  :
 9              Defendants              : Volume II
10    - - - - - - - - - - - - - - - - -x
11                   Silver Spring, Maryland
12                   Thursday, September 14, 2006
13    Deposition of:
14                ELDORADO MILLS
15    called for oral examination by counsel for
16    Plaintiff, pursuant to notice, at Duboff &
17    Associates, 8401 Colesville Road, Suite 501, Silver
18    Spring, Maryland, before Marietta Koustenis, of
19    Capital Reporting, a Notary Public in and for the
20    State of Maryland, beginning at 10:41 a.m.,
21    when were present on behalf of the respective
22    parties:
0002
 1              A P P E A R A N C E S
 2
 3    On behalf of Plaintiff
 4         Donna Rucker, Esquire
 5         Duboff & Associates
 6         8401 Colesville Road
 7         Suite 501
 8         Silver Spring, Maryland 20910
 9         (301) 495-3131
10
11    On behalf of Defendant
12         George Rickman, Esquire
13         Assistant Attorney General
14         Attorney General
15         General Litigation Section
16         Civil Litigation Division
17         Washington, D.C.
18         (202) 442-9840
19
20
21
22
0003
 1              C O N T E N T S
 2
 3    EXAMINATION BY:                              PAGE
 4    Ms. Rucker                                     4
 5
 6    PLAINTIFF DEPOSITION EXHIBITS:               *PAGE
 7    1. Officer Mills Personnel File               13
 8    2. MPD OPR Internal Affairs Division          17
 9    3. Government of District of Columbia, Office
10         of Complaints                            25
```

```
15   revoked?
16       A.    Yes.
17       Q.    How many times?
18       A.    Not sure.
19       Q.    Tell me about the times you recall.
20       A.    I injured my toe.
21       Q.    You're --
22       A.    Wait, wait, hold on, I'm sorry.
0041
 1       Q.    That's okay, take your time.
 2       A.    Okay, yes.  I injured my toe, injured my
 3   finger.
 4       Q.    Now we're talking about your Police
 5   powers being revoked, so I need to know how the
 6   injury of the toe connects to the revocation of your
 7   Police powers.
 8       A.    If you're off more than a certain amount
 9   of time on any kind of sick leave, they revoke your
10   powers.
11       Q.    How much time is it that you should be
12   off or -- how much time is it that when you're off
13   for that period they revoke your powers?
14       A.    Sometimes it could be the same day.
15       Q.    So it just depends?
16       A.    Yeah, it depends.
17       Q.    Who makes that decision?
18       A.    The medical, the staff at the clinic,
19   Police clinic, all the officials at the District.
20       Q.    So for you you injured your toe?
21       A.    Yes.
22       Q.    And you knew that you were going to be
0042
 1   off or for how long you were off you had your Police
 2   powers revoked?
 3       A.    Yes.
 4       Q.    Then you said something about another
 5   injury?
 6       A.    I think it was my finger.
 7       Q.    Okay, on which hand?
 8       A.    I'm not sure.
 9       Q.    Okay.  And in that incident your Police
10   powers were revoked, correct?
11       A.    Yes.
12       Q.    And the next time?
13       A.    For the Court, for the missing Court
14   they revoked my powers.
15       Q.    Okay.
16       A.    That's all I can think of.
17       Q.    Have you ever been terminated from any
18   position?
19       A.    No.
20       Q.    And that would include the secured
21   positions and so forth that you were also talking
22   about your complete, your injuries?
0043
 1       A.    Oh, you mean before the Police?
 2       Q.    Yeah, any of those positions that we
```

```
 3    discussed in your earlier deposition?
 4        A.    No.
 5        Q.    Never have you ever received any special
 6    training in your job as a Police officer?
 7        A.    Yes.
 8        Q.    What is that?
 9        A.    I believe we went over it before in the
10    last deposition here.
11        Q.    Okay.  Just, a couple of questions as I
12    said may be covered, if you did tell me, maybe it
13    will refresh my memory what you said.
14        A.    Lawful arrest, search and seizure,
15    dealing with mentally ill and impaired.  Every year
16    we have training in, for the, in-service training
17    and gun training.
18        Q.    I guess what I'm saying is did you get
19    any training for special ops or, you know, that kind
20    of training?
21        A.    I've had a lot of training.  I can't
22    think of every.
0044
 1        Q.    Well I'm not --
 2        A.    Every training.
 3        Q.    I'm not talking about every training
 4    that all Police Officers receive.
 5              I'm talking about training that would
 6    set you apart which would be a specialized training,
 7    not something like the general training that
 8    individuals receive as members of the Police
 9    Department.
10        A.    Not that I'm aware of.
11        Q.    And you may have answered this question
12    as well, the Districts that you've worked out of in
13    the past seven years is 6D?
14        A.    6.
15        Q.    That's the only one, right?
16        A.    Yes.
17        Q.    Okay.  Let's get to the time of the
18    incident that's the subject of this case.
19              Tell me what happened.
20        A.    I went down Hillside Road, I observed a
21    vehicle run the stop sign at 46th Street and
22    Hillside Road.
0045
 1        Q.    At that intersection?
 2        A.    Yes.
 3        Q.    Okay.
 4        A.    I made a U-turn, got behind the vehicle,
 5    activated my lights.
 6              COURT REPORTER:  Hello.
 7              MS. RUCKER:  Yes, I'm sorry, you didn't
 8    catch that?
 9              COURT REPORTER:  No, I did not.  I
10    stopped at Hillside Road and activated lights and
11    then I got nothing.
12              MS. RUCKER:  Did you get the air horn?
13              THE WITNESS:  I activated my Police
```

```
14   lights, the vehicle made a right turn on
15   44th Street, Southeast, and the vehicle did not pull
16   over until it finally reached (inaudible) on
17   44th Street.
18              I started to pick up my Police radio,
19   the mic and made a request for back-up.  And then I
20   noticed that the respondent was getting out of her
21   vehicle.
22              BY MS. RUCKER:
0046
 1       Q.     But at the time you were still in your
 2   vehicle you were, you called for back-up, you had
 3   started to call for back-up?
 4       A.     I started to call for back-up at that
 5   time.
 6       Q.     Uh-huh, and you noticed that the
 7   plaintiff was starting to get out of the vehicle?
 8       A.     Yes.
 9       Q.     Okay.
10       A.     I then exited my vehicle and I told the
11   respondent that you ran a stop sign, I need to see
12   your driver's license and registration.  The
13   respondent, she refused to show me the driver's
14   license or registration and proceeded towards the
15   house.  She, she said some words before responding
16   to the house door.
17              When we got to the house door, I was
18   still telling her, I need to see your driver's
19   license and registration and she still refused to
20   cooperate.  I then knocked at the door on the house,
21   a little boy came to the door and I asked him to get
22   your parents, have them come to the door.  Because
0047
 1   that's when the, I believe -- a female came to the
 2   door first and I explained to the female and the
 3   gentleman there that what had happened and I need to
 4   see her driver's license and registration.  They did
 5   not assist me in trying to get that information, so
 6   at that point I got on my radio, requested back-up.
 7              Back-up arrived on scene.
 8       Q.     Who, who was the back-up?
 9       A.     Sergeant McCort -- I'm sorry, first
10   Officer there I believe was Officer Zack.
11       Q.     Z-A-C-K?
12       A.     Yes, I think that's how you spell his
13   name.
14       Q.     Okay.  Was he from 6th District?
15       A.     Yes.
16       Q.     Okay, who else?
17       A.     That's all I recall.
18       Q.     Did he respond in a patrol car?
19       A.     Yes.
20       Q.     Was he alone in the patrol car?
21       A.     I don't know.
22       Q.     About how many Officers in total
0048
 1   responded?
```

```
 2         A.    I'm not sure.
 3         Q.    More than three?
 4         A.    Possibly.
 5         Q.    More than -- just looking, recalling the
 6   scene, was there more than three Officers at the
 7   scene?
 8         A.    Yes.
 9         Q.    Do you know their names?
10         A.    No.
11         Q.    You haven't since the inception of this
12   case been able to ascertain the identity of the
13   Officers who were present at the scene?
14         A.    No.
15         Q.    Did your Department investigate the
16   matter concerning Ms. Moore to determine who was, in
17   fact, at the scene?
18         A.    Not that I'm aware of.
19         Q.    Has any official come to you to ask you
20   your knowledge as to who might have been at the
21   scene with you, when I say official, I mean within
22   the Police Department?
0049
 1         A.    No, I don't think.
 2         Q.    And who was your immediate supervisor
 3   during this time?
 4         A.    Sergeant McCort.
 5         Q.    McCort, M-C, C-O-R-T?
 6         A.    Yes.
 7         Q.    Did he ask you any questions concerning
 8   this matter to ascertain who was at the scene with
 9   you?
10         A.    I don't believe he did.
11         Q.    Besides Officer Zack, was
12   Sergeant McCort there?
13         A.    Yes.
14         Q.    He did show up?
15         A.    He did.
16         Q.    Okay.  And besides Officer Zack and
17   Sergeant McCort, do you recall any other Officers
18   who were present?
19         A.    No, I don't.
20         Q.    Did you have any Officers who were from,
21   from like Park Police or something like that
22   present?
0050
 1         A.    I don't remember seeing any Park Police
 2   Officers there.
 3         Q.    Okay.  How about CIA or FBI?
 4         A.    Didn't see any, any others.
 5         Q.    Okay.  You said you called for back-up.
 6               By doing that I assume you made a radio
 7   call?
 8         A.    Yes.
 9         Q.    Okay.  You were speaking with
10   communications?
11         A.    Yes.
12         Q.    What did you tell them?
```

```
0001
 1           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
 2
         - - - - - - - - - - - - - - - -x
 3    SHANTE M. MOORE,                  :
                                        :
 4           Plaintiff,                 :
                                        :
 5              v.                      : Civil No.  05-2020
                                        : (PLF)
 6    DISTRICT OF COLUMBIA              :
      GOVERNMENT, et al.,               :
 7                                      :
             Defendants.                :
 8       - - - - - - - - - - - - - - - -x
 9
10                                          Washington, D.C.
11                           Wednesday, November 15, 2006
12    Deposition of:
13              SHANTE MOORE,
14    Called for examination by counsel for the Defendants,
15    pursuant to notice, at the Offices of The Assistant
16    Attorney General, 441 Fourth Street, N.W., Sixth Floor
17    South, Washington, D.C., before Barbara A. Huber of
18    Capital Reporting, a Notary Public in and for the
19    District of Columbia, beginning at 10:45 a.m., when
20    were present on behalf of the respective parties:
21
22
0002
 1           A P P E A R A N C E S:
 2    On behalf of Plaintiff:
 3       DONNA WILLIAMS RUCKER, ESQUIRE
 4       DuBoff & Associated Chartered
 5       8401 Colesville Road
 6       Suite 501
 7       Silver Spring, Maryland 20910-3349
 8       (301) 495-3131
 9    On behalf of Defendants:
10       GEORGE E. RICKMAN, ESQUIRE
11       Assistant Attorney General
12       District of Columbia
13       441 Fourth Street, N.W.
14       Sixth Floor South
15       Washington, D.C. 20001
16       (201) 442-9840
17    Also Present:
18       Pamlel Ng, Intern
19
20
21                  *  *  *  *  *
22
0003
 1                      C O N T E N T S
 2    EXAMINATION BY:                              PAGE
 3       Counsel for Defendant                        4
```

DEFENDANT'S EXHIBIT B

```
 4    seen a marked vehicle, marked MPD vehicle in your
 5    rearview mirror; you hadn't seen it at all?  Is
 6    that correct?  Is that what you're saying?
 7              MS. RUCKER:  Objection.  Asked and
 8    answered.
 9              You can answer.
10              THE WITNESS:  Yeah, pretty much.  I
11    hadn't seen him, no.
12    BY MR. RICKMAN:
13         Q    Okay.  And at the time that you did see
14    him, did he have his emergency lights on?
15         A    He had lights on when I saw him, when I
16    saw him in my rearview mirror.
17         Q    Well, when you say lights, I'm talking
18    headlights.  I'm talking about dome lights.
19         A    Yes.  That's what I'm talking about.
20         Q    Okay.  And were they bright dome lights,
21    or were they -- can you describe the dome lights
22    that you saw?
0061
 1         A    They were lights.  I don't know if it's
 2    a difference in bright or dim with police
 3    vehicles.
 4         Q    Okay.  And on October -- let me ask you
 5    this.
 6              Did you have your windows rolled up when
 7    you were driving home that evening?
 8         A    Yes.
 9         Q    And did you have your radio playing when
10    you were driving home that evening?
11         A    I don't remember.
12         Q    Well, let me ask you this.
13              Would there be any reason why you would
14    not hear a police siren or horn?
15         A    No.
16         Q    And just so we're clear, when you first
17    saw the car, he had emergency lights on his
18    side -- his dome lights were on --
19         A    No.
20         Q    -- when you first saw his vehicle?
21              At the time you stopped in front of your
22    house, when you pulled into your house and then
0062
 1    noticed the car behind you, the marked vehicle, he
 2    had his dome lights on?
 3              MS. RUCKER:  Objection as to the
 4    recharacterization of the testimony.  The record
 5    will speak for itself.
 6              You can answer?
 7              THE WITNESS:  Yes.
 8    BY MR. RICKMAN:
 9         Q    Okay.  So you reached your house.
10              What happened next?
11         A    I got out of my vehicle.  He got out of
12    his.  And I proceeded to walk to my house.  He was
13    yelling stuff at me.
14         Q    Do you recall what he was yelling?
```

```
15      A    The only clear I remember is him saying,
16 bitch, do you wanna go to jail?
17      Q    And what happened next?
18      A    I asked him could I get my father.
19      Q    And what did he say?
20      A    He said I'll get your father.
21      Q    Okay.  What happened after that?
22      A    He started banging on my door.
0063
 1      Q    At any point did he ask you for a
 2 driver's license?
 3      A    No.
 4           MS. RUCKER:  Objection as to the form of
 5 the question, Counsel.
 6           You can answer.
 7           THE WITNESS:  No.
 8 BY MR. RICKMAN:
 9      Q    At any point did he tell you that you
10 ran a stop sign?
11      A    Yes.
12      Q    What did he say?
13      A    I believe it was when my parents came to
14 the door, but I can't -- I'm not certain in which
15 order it was.
16      Q    So that's the first time you had heard
17 that you had ran a stop sign?
18           MS. RUCKER:  Objection.  The testimony
19 will reflect that the witness says that she does
20 not recall the order in which it was stated to
21 her.
22 BY MR. RICKMAN:
0064
 1      Q    Go ahead and answer.
 2      A    I don't recall exactly the order.
 3           MS. RUCKER:  Mr. RICKMAN, you promised
 4 the witness that you wouldn't try to trick her
 5 when you started your questioning.
 6 BY MR. RICKMAN:
 7      Q    Approximately, from the time you got out
 8 of your car, the best you can recall, how long did
 9 this sequence of events happen?
10           MS. RUCKER:  Objection as to form.
11           You can answer.
12           THE WITNESS:  Sequence of events, I --
13 BY MR. RICKMAN:
14      Q    From the time that you got out of your
15 car and he started banging on the door, how long
16 did all this happen?
17      A    Maybe a minute, two minutes tops.
18      Q    Okay.  And what happened next?
19           MS. RUCKER:  Objection.
20           THE WITNESS:  After what?
21 BY MR. RICKMAN:
22      Q    After he was banging on the door?
0065
 1      A    Oh, my parents and my brother opened to
 2 see -- opened the door to see what was going on.
```

```
 3      Q    And did Officer Mills say anything to
 4   them?
 5      A    Yeah.  He said a couple things.  I can't
 6   remember exactly verbatim what --
 7      Q    And where were you at this point?
 8      A    I was outside on my front porch.
 9      Q    How many feet away from Officer Mills,
10   were you?
11      A    We were touching.  He had my arm.
12      Q    At what point did you grab your arm or
13   touch your arm?
14      A    He grabbed my arm.
15      Q    Okay.  At what point did he grab your
16   arm?
17      A    When I went to get -- go to my door,
18   he -- when I went to go get my father, he was
19   behind me.  He grabbed my arm.  And that's when he
20   banged on the door.  So he had my arm the whole
21   time.
22      Q    Okay.  So you were standing right there
0066
 1   at the door?
 2           MS. RUCKER:  Objection.  Asked and
 3   answered.
 4           THE WITNESS:  Yes.
 5   BY MR. RICKMAN:
 6      Q    And you said he said some things.
 7           Do you recall specifically anything?
 8           MS. RUCKER:  Objection.  Asked and
 9   answered.
10           THE WITNESS:  Not specifically, no, I
11   can't recall.
12   BY MR. RICKMAN:
13      Q    Did he at any point mention a driver's
14   license?
15           MS. RUCKER:  Objection.
16   BY MR. RICKMAN:
17      Q    When I say mention, I want to be clear.
18   I'm saying not -- I'm saying ask you for a
19   driver's license.
20           Did he mention or say anything about a
21   driver's license to anyone?
22           MS. RUCKER:  Objection, Counsel, as to
0067
 1   the form of your question.  Are you talking
 2   about --
 3   BY MR. RICKMAN:
 4      Q    To your knowledge.
 5           MS. RUCKER:  At what point does your
 6   question point to?
 7           MR. RICKMAN:  At the -- from the time
 8   that she exited her vehicle.
 9           MS. RUCKER:  Okay.
10           THE WITNESS:  Up until when?
11   BY MR. RICKMAN:
12      Q    Up until the point where he's banging at
13   the door and saying something to your parents and
```