IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

SHANTE MOORE,                         :

    Plaintiff,                        :

v.                                    :     Civil Action No. 05-2020

THE DISTRICT OF COLUMBIA, *et al.*,   :

    Defendants.                       :

_____

**PLAINTIFF'S ANSWERS TO DEFENDANT DISTRICT OF COLUMBIA
AND ELDORADO MILLS' FIRST SET OF INTERROGATORIES**

To:   District of Columbia and Eldorado Mills
      c/o George Rickman, Esq.
      441 4th Street, N.W.
      Washington, D.C.

From: Shante Moore

1.    State your full name, residence addresses since age 18, date and place of birth, social security number, driver's license number, all names by which you have been known, and the reasons for the name changes.

**ANSWER:** Shante Monique Moore, 1108 44th Place SE, Washington DC 20019, 03-02-1981, Washington DC, 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, 579138088, NA

2.    Give the name and address of your present spouse, the date and place of your marriage, the names and addresses of each previous spouse, the state and county where the divorce action was brought, the date upon which the divorce was granted, and the names, dates of birth, and addresses of your children, whether or not grown.

**ANSWER:** Single and never been married

3.    Summarize your educational background, beginning with high school, and for each institution, secondary school, college, university, vocational school, or specialized training attended, list the dates of attendance, and the diploma, degree, or certificate received, and whether you were

1

injuries, identify each decision, act or omission that you allege fixes liability; each decision maker involved; and the law, regulation, directive, practice or procedure that was employed in derogation of your rights.

**ANSWER: This Interrogatory is actually No. 19.**

Objection. This Interrogatory is vague, and confusing, and appears to seek attorney work product.

16. If you claim a third party (i.e., not an employee of or the municipal agency) caused or contributed to cause your injuries, detail the acts or omissions that the third party committed, and, if suit was brought, state its status, and, if suit was not brought, the reasons therefore.

**ANSWER: This Interrogatory is actually No. 20.**

Plaintiff is unable to answer this Interrogatory at this time. This will be supplemented after plaintiff receives responses to discovery served on the District of Columbia.

17. Provide a complete medical history subsequent to the incident, including any hospitalizations, injuries, and illnesses that you do not relate to the incident; a description of the injuries you did receive in the incident; the diagnostic tests given, where given, and the results; the course of treatment; the names, addresses, and telephone numbers of emergency rooms, hospitals, and clinics where you were an in or out patient and the dates of treatment; the names, addresses, and telephone numbers of all physicians, osteopaths, chiropractors, physical therapists and other health care providers who examined, treated and cared for you, and the dates of service; and the names of all medications taken and the specific purpose for taking them.

**ANSWER: This Interrogatory is actually No. 21.**

Objection. This Interrogatory is overbroad and unduly burdensome, request information not likely to lead to admissible evidence, and requests information that violates the Privacy Act. Without waiver, this experience was a nightmare and caused me great mental distress. I was embarrassed and humiliated by the whole process, and I received a small bruise to my arm from the police that arrested me.

18. Chronicle your recovery, including when you experienced pain and discomfort

7

with respect to each injury complained of; the period of time you were unable to perform particular activities around the house and at work, specifying any you say you still cannot perform satisfactorily and all persons who have knowledge thereof; and when you reached a medical endpoint with respect to each injury, indicating which you contend are permanent and providing any medical evidence in your custody or control of the percentage of permanent disability.

**ANSWER: This Interrogatory is actually No. 22.**

Objection. This Interrogatory is vague, and overbroad. Without waiver, I will always remember this incident. I am still haunted by; I just did not understand why it happened to me. I thought I was going to be killed when I was in the back of the police car. The bruise on my arm has healed.

19. List in detail any psychological examinations, care or treatment you have received which you attribute to the incident, the name, address and telephone number of each therapist, psychologist, counselor or the like, results of any tests, diagnosis, course and dates of treatment, course of treatment, date you reached an endpoint, and when and whether you have been released from care.

**ANSWER: This Interrogatory is actually No. 23.**

Objection. This Interrogatory seeks information covered by the Privacy Act. Without waiver, I didn't receive any professional psychological treatment.

20. Describe your employment since the incident, the dates you intend to show you were fully disabled from work, the dates you were partially disabled from work, your lost wages and any change in job assignment because of the disability, any claims for future lost earnings and earning capacity, and the names, addresses and telephone numbers of all persons having personal knowledge of these losses.

**ANSWER: This Interrogatory is actually No. 24.** I was unable to get certain clearances to even interview for certain jobs. Since that incident I haven't been able to get a job.

21. Itemize all medical, hospital, doctor, physical therapy, health care provider and counseling bills and expenses, lost wages and earnings, and any other past or future losses, expenses, and other out-of-

8

I DO SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_____
Shante Moore

Subscribed and sworn to before me this 3rd day of MAY, 2006 a Notary Public in and for the State of Maryland.

_____
Notary Public

SUSAN DuBOFF
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires September 1, 2008

Respectfully submitted,
DuBOFF & ASSOCIATES, CHARTERED

By: _____
Donna Williams Rucker, #446713
DuBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland  20910
(301) 495-3131

10