**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHANTE M. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2020 (PLF/DMR) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the defendants District of Columbia and Officer Eldorado Mills' motion for partial summary judgment, any opposition thereto, any reply, the facts, the law and the record herein, it is this _____ day of _____ 2007, and it is,

**ORDERED:** that the defendants District of Columbia and Officer Eldorado Mills' motion for partial summary judgment is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that judgment as a matter of law is entered in favor of the defendants District of Columbia and Officer Eldorado Mills.

 

PAUL FRIEDMAN
United States District Court Judge