# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### (Civil Division)

SHANTE M. MOORE,                                  :

       Plaintiff,                                :

       v.                                          :     Case No. 1:05CV02020

DISTRICT OF COLUMBIA, et al.              :

       Defendants.                         :

_____

## STIPULATION

**COMES NOW**, Plaintiff, Shante Moore, by and through her undersigned counsel, hereby submits this Line respectfully requesting that plaintiff's time for responding to Defendant's motion for summary judgment be extended to August 20, 2007. This date reflects the seven-day extension given to defendants whose original date to file their Summary Judgment Motion was July 13, 2007, and was moved to July 20, 2007. Presently, plaintiff's deadline is August 13, 2007.

The defendants have agreed to plaintiff 's deadline being moved by seven days in response to the time it received based upon their Motion for Extension of time that was granted by this Honorable Court.

Respectfully submitted,

DuBoff & Associates, Chartered

By:   Donna Williams Rucker /s/_____
      Donna Williams Rucker, Esquire (#446713)
      8401 Colesville Road, Ste. 501
      Silver Spring, Maryland 20910
      (301) 495-3131   Office
      (301) 587-1872   Facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of August 2007 a copy of the foregoing Line was sent via the Court's ECF system, to George Rickman, Esq., Assistant Attorney General, 441 4th Street, N.W., Washington, D.C.

Donna Williams Rucker /s/_____
Donna Williams Rucker, Esquire