**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHANTE M. MOORE,** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| v. * | **Civil Action No.: 05-2020 (PLF/DMR)** |
| * | |
| **DISTRICT OF COLUMBIA, et. al.,** * | |
| * | |
| **Defendants.** * | |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

**COMES NOW** the Plaintiff, by and through undersigned counsel, and respectfully requests, an extension of time for Plaintiff to file her Opposition to Defendants' Motion for Summary Judgment, and in support therefore, states as follows:

1. Plaintiff's Opposition to Defendants' Motion for Summary Judgment is due on or before August 20, 2007.

2. Depositions and other matters, which were not expected, had to be scheduled nonetheless, and has caused counsel to need additional time, until Wednesday, August 29, 2007, to submit her Opposition to the Summary Judgment Motion.

3. Prior to filing this motion Plaintiff's sought and received the consent of the Defendants.

4. Plaintiff and Defendants further agreed that Defendants' would have until September 11, 2007 to file, if necessary, a Reply to Plaintiff's Opposition.

5. Granting this Consent Motion should not have any effect on the remaining deadlines set by the court.

6. No parties will be prejudiced if the Court grants this Consent Motion.

**WHEREFORE**, the Plaintiff, with the consent of the Defendants respectfully prays that this Honorable Court grant Plaintiff until August 28, 2007 to file her Opposition to Defendants' Motion for Summary Judgment and grant Defendants until September 11, 2007 to file their Reply to Plaintiff's Opposition and such other and further relief as this Court deems just and proper.

Respectfully submitted,

By:   /s/ *Donna Williams Rucker*
Donna Williams Rucker, Bar No. #446713
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131 (office)
(301) 587-1872 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a copy of the foregoing Consent Motion for Extension of Time for Plaintiff to File Opposition to Defendants' Motion for Summary Judgment was sent this 17th day of August 2007, via the Court's ECF system to George Rickman, Esquire, Assistant Attorney General, 441 4th Street, N.W., Washington, D.C.

  /s/ *Donna Williams Rucker*
Donna Williams Rucker