IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHANTE M. MOORE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Civil Action No.: 05-2020 (PLF/DMR) |
| | * |
| **DISTRICT OF COLUMBIA, et. al.,** | * |
| | * |
| **Defendants.** | * |

## ORDER

Upon consideration of the Consent Motion for Plaintiff to file her Opposition to Defendants' Motion for Summary Judgment, the information contained therein, and the record herein, it is this ___ day of _____, 2007,

**ORDERED** that the Consent Motion for Plaintiff to file her Opposition to Defendants' Motion for Summary Judgment be **GRANTED,** and it is further

**ORDERED** that Plaintiff has until, Wednesday, August 29, 2007 to file her Opposition to Defendants' Motion for Summary Judgment, and it is further

**ORDERED** that Defendants have until September 11, 2007 to file their Reply to Plaintiff's Opposition to Defendant District of Columbia and Defendant Mills' Motion for Summary Judgment**.**

    **SO ORDERED.**

_____
**THE HONORABLE PAUL L. FRIEDMAN**
United States District Court Judge
for the District of Columbia

Copies to:

Donna Williams Rucker, Esquire – via Electronic Delivery
George E. Rickman, Esquire – via Electronic Delivery