IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHANTE M. MOORE,                         *
                                         *
                Plaintiff,               *
                                         *
        v.                               *      Civil Action No.: 05-2020 (PLF/DMR)
                                         *
DISTRICT OF COLUMBIA, et. al.,           *
                                         *
                Defendants.              *

**PLAINTIFF'S OPPOSITION TO THE DEFENDANTS DISTRICT OF COLUMBIA AND OFFICER ELDORADO MILLS' MOTION FOR SUMMARY JUDGMENT**

# Exhibit 1

# Deposition of Plaintiff Shante Moore

# Capital Reporting Company

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
SHANTE M. MOORE,                :
                               :
        Plaintiff,             :
                               :
        v.                     : Civil No.  05-2020
                               : (PLF)
DISTRICT OF COLUMBIA           :
GOVERNMENT, et al.,            :
                               :
        Defendants.            :
- - - - - - - - - - - - - - - x


                        Washington, D.C.

                Wednesday, November 15, 2006

Deposition of:

            SHANTE MOORE,

Called for examination by counsel for the Defendants,

pursuant to notice, at the Offices of The Assistant

Attorney General, 441 Fourth Street, N.W., Sixth Floor

South, Washington, D.C., before Barbara A. Huber of

Capital Reporting, a Notary Public in and for the

District of Columbia, beginning at 10:45 a.m., when

were present on behalf of the respective parties:

Capital Reporting Company

1    remember.

2         Q    I think you responded that you were

3    working at the Superior Court at some point?

4         A    Yeah, before 2004, uh-huh.

5         Q    Do you recall when that was?

6         A    No, I don't.

7         Q    Do you recall what your duties were at

8    Superior Court?

9         A    Uh-huh, mail clerk, civil clerk.

10        Q    So you worked in the civil clerk's

11   office?

12        A    In his office and the mailroom.

13        Q    Do you recall how long you worked there?

14        A    A year-and-a-half, I'm sure.

15        Q    And when did you graduate high school?

16        A    I didn't.

17        Q    Did you get your GED?

18        A    I did.

19        Q    And when did you get your GED?

20        A    1996.

21        Q    So did you work at Superior Court after

22   you got your GED?

Capital Reporting Company

Page 49

1    Q    So on or about October 11th, October

2    12th, 2004, you left the Excalibur Club and were

3    driving home, correct?

4    A    Yes.

5    Q    Do you recall the route that you took?

6    A    No.

7    Q    Did you ever come upon the intersection

8    of 46th Street, Southeast, and Hillside Road?

9    A    Yes.

10    Q    And how far is that from your house?

11    MS. RUCKER:  Objection as to form.

12    BY MR. RICKMAN:

13    Q    Do you recall around -- approximately

14    how far is that from where you were living then?

15    MS. RUCKER:  Objection.

16    THE WITNESS:  About two blocks.

17    BY MR. RICKMAN:

18    Q    And is there a stop sign at that point?

19    A    Yes.

20    Q    And was there a stop sign on that corner

21    on or about October 12th, 2004?

22    A    Yes.

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

1      Q     And how often would you drive that

2   street?

3      A     Several times a week.

4      Q     When you say several times a week, how

5   often would it be a day, do you think?

6      A     Several times a week is all I can pretty

7   much say.

8      Q     So you were familiar with the area?

9      A     Yes.

10      Q     And so do you recall approximately what

11   time it was when you were driving down or came to

12   the intersection of 46th Street and Hillside Road?

13           MS. RUCKER:  I may have missed it,

14   Counsel, but did we establish that she came -- you

15   asked her was she familiar --

16           MR. RICKMAN:  Yeah.

17           MS. RUCKER:  -- with it.  She said she

18   did come to that point?

19           MR. RICKMAN:  Uh-huh.

20           MS. RUCKER:  Okay.  You can answer.

21           THE WITNESS:  You say what time?

22   BY MR. RICKMAN:

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 52

1    anything happened.  That's my point.

2                    MR. RICKMAN:  Well --

3                    MS. RUCKER:  What is the question?

4    BY MR. RICKMAN:

5        Q    Well, what did you do?

6        A    I don't understand.

7        Q    You came to the intersection.

8             What did you do?

9        A    Stopped.

10       Q    Okay.  And when did you observe the

11   police car?

12       A    Not until I turned left onto Hillside.

13       Q    So you turned left.

14            And then what happened?

15       A    And then I saw him coming down Hillside

16   as I was going up.

17       Q    So you crossed -- you passed each other?

18       A    At some point, yes.

19       Q    Okay.  And did anything happen when you

20   passed each other?

21       A    Yes.

22       Q    What?

82c03acf-6174-4516-9cf9-0034c89b3934

## Capital Reporting Company

Page 53

1    A    He made a sexual gesture to me.

2    Q    Can you describe that?

3    A    Huh.  He kind of licked his tongue out,

4  and did something with his -- well, he made

5  gestures with his hands, as well.

6    Q    Can you describe what those gestures

7  were?

8    A    Are you saying you want me to actually

9  do it?

10    Q    If you can describe it.  Like we said,

11  we don't have a picture here.  So if you could

12  describe it so it can be written down as best you

13  can.

14        MS. RUCKER:  Can you describe it?

15        THE WITNESS:  It's kind of tough,

16  honestly.

17  BY MR. RICKMAN:

18    Q    Well, just try doing it first.

19    A    I don't really feel comfortable doing

20  it.

21        MS. RUCKER:  It's okay.  I know it's

22  difficult.  But if you could just show him what

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 54

1   the officer did.

2        THE WITNESS:  He looked at me as we were

3   crossing paths.  He put his hand up like this

4   (indicating).

5        MS. RUCKER:  Just for the record, she

6   has her --

7   BY MR. RICKMAN:

8      Q    Is that your right hand?

9        MS. RUCKER:  Thumb and index finger of

10  the right hand.

11       THE WITNESS:  I don't remember which

12  hand it was.

13  BY MR. RICKMAN:

14     Q    Okay.  But your thumb and index finger?

15     A    Uh-huh.  He did like this.  He stuck his

16  tongue out.  And started licking his hand.  And he

17  licked up and down his fingers.  And then he did

18  like this (indicating).

19       MS. RUCKER:  For the record, she's

20  rubbing her fingers together.

21  BY MR. RICKMAN:

22     Q    And then he stuck his tongue --

Capital Reporting Company

Page 55

1      A      And then he --

2      Q      Put his thumb in his mouth, or --

3             MS. RUCKER:  That's not what the witness

4      is showing you.

5             MR. RICKMAN:  Okay.  All right.  I'm

6      sorry.

7             MS. RUCKER:  Let the witness --

8             MR. RICKMAN:  Strike that.

9             MS. RUCKER:  -- give her -- what she is

10     doing.

11            THE WITNESS:  He took his hands out.  He

12     licked his tongue.

13            MS. RUCKER:  For the record, she's

14     showing that she's licking in the center of her

15     hand, between the thumb and the index finger.

16            THE WITNESS:  He licked both of his

17     fingers.

18            MS. RUCKER:  Meaning the thumb and the

19     index finger, is what --

20            THE WITNESS:  And he -- and when he

21     finished, he had a smirk on his face.

22     BY MR. RICKMAN:

Capital Reporting Company

1      Q      And how long did this take?

2      A      Roughly a few seconds.

3      Q      Okay.  And what did you do after that?

4      A      I kept driving on my way -- I rode past

5      and made a right on 44th Place.

6      Q      Okay.  And when was the next time you

7      noticed the marked vehicle?

8      A      In my -- as I pulled up and got out of

9      my car in my driveway.

10     Q      Okay.  And his emergency lights were on?

11     A      What emergency lights?

12     Q      His siren, lights and siren?

13     A      No.

14     Q      Did you ever hear a siren?

15     A      Actually, no.

16     Q      Did you ever hear a horn?

17     A      No.

18     Q      Did you ever look in your rearview

19     mirror and see the marked vehicle behind you?

20     A      As I was getting out of my car in my

21     driveway, yes.

22     Q      But when you were proceeding to your

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 57

1    house after you had passed each other in the

2    street, you never looked in your rearview mirror?

3          A     No.  You asked did I see him in my

4    rearview mirror.

5          Q     Okay.  Well, did you see him in --

6          A     No, I did not.

7          Q     Did you look in your rearview mirror?

8          A     Yes.

9          Q     Okay.  So when you turned onto 46th

10   Street, you go two blocks?

11         A     Yes.

12         Q     And then you make a right onto 44th?

13         A     Right.

14         Q     And your house is how far up the block?

15         A     Down at the bottom.

16         Q     So how many blocks -- how many -- is it

17   say halfway down the block?

18         A     More than half.  It's at the bottom.

19         Q     Is that the end of the street?

20         A     Just about.  A couple houses to the end

21   of the street.

22         Q     So you're all the way at the end of 44th

Capital Reporting Company

Page 58

1    Street?

2              MS. RUCKER:  Objection.

3              You can answer.

4    BY MR. RICKMAN:

5         Q    Just trying to be clear.

6         A    I'm a couple houses before the end of

7    the street.

8         Q    Okay.  And at no time did you see the

9    officer in the marked vehicle behind you?

10             MS. RUCKER:  Objection.  Asked and

11   answered.  Also, it mischaracterizes the

12   testimony.  The record will have the witness's

13   response to Counsel's question as to when she saw

14   the officer.

15   BY MR. RICKMAN:

16        Q    You can answer the question.

17        A    You said at no time did I see him behind

18   me?

19        Q    While you were proceeding to your house?

20        A    No.

21        Q    The first time you saw the officer after

22   this incident was when he pulled up behind you

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 62

1  noticed the car behind you, the marked vehicle, he

2  had his dome lights on?

3            MS. RUCKER:  Objection as to the

4  recharacterization of the testimony.  The record

5  will speak for itself.

6            You can answer?

7            THE WITNESS:  Yes.

8  BY MR. RICKMAN:

9       Q    Okay.  So you reached your house.

10            What happened next?

11       A    I got out of my vehicle.  He got out of

12  his.  And I proceeded to walk to my house.  He was

13  yelling stuff at me.

14       Q    Do you recall what he was yelling?

15       A    The only clear I remember is him saying,

16  bitch, do you wanna go to jail?

17       Q    And what happened next?

18       A    I asked him could I get my father.

19       Q    And what did he say?

20       A    He said I'll get your father.

21       Q    Okay.  What happened after that?

22       A    He started banging on my door.

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 63

1     Q    At any point did he ask you for a

2     driver's license?

3     A    No.

4          MS. RUCKER:  Objection as to the form of

5     the question, Counsel.

6          You can answer.

7          THE WITNESS:  No.

8     BY MR. RICKMAN:

9     Q    At any point did he tell you that you

10    ran a stop sign?

11    A    Yes.

12    Q    What did he say?

13    A    I believe it was when my parents came to

14    the door, but I can't -- I'm not certain in which

15    order it was.

16    Q    So that's the first time you had heard

17    that you had ran a stop sign?

18         MS. RUCKER:  Objection.  The testimony

19    will reflect that the witness says that she does

20    not recall the order in which it was stated to

21    her.

22    BY MR. RICKMAN:

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 65

1    A    Oh, my parents and my brother opened to

2  see -- opened the door to see what was going on.

3    Q    And did Officer Mills say anything to

4  them?

5    A    Yeah.  He said a couple things.  I can't

6  remember exactly verbatim what --

7    Q    And where were you at this point?

8    A    I was outside on my front porch.

9    Q    How many feet away from Officer Mills,

10  were you?

11    A    We were touching.  He had my arm.

12    Q    At what point did you grab your arm or

13  touch your arm?

14    A    He grabbed my arm.

15    Q    Okay.  At what point did he grab your

16  arm?

17    A    When I went to get -- go to my door,

18  he -- when I went to go get my father, he was

19  behind me.  He grabbed my arm.  And that's when he

20  banged on the door.  So he had my arm the whole

21  time.

22    Q    Okay.  So you were standing right there

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 70

1      Q     Would you describe them as being

2   agitated?

3      A     That's also possible.

4      Q     Angry?

5      A     Yes.

6      Q     So Officer Mills is standing there with

7   you by the arm, your father, brother, and mother

8   standing at the door, and they're yelling at each

9   other?

10          MS. RUCKER:  Objection, Counsel.  That

11   is -- I mean, you promised this witness when you

12   started that you would not try to trick her.

13          MR. RICKMAN:  I'm not trying to --

14          MS. RUCKER:  If you want the court

15   reporter to repeat what her answer was to your

16   question, you will see very clearly that she

17   didn't say that they were yelling at him.

18          MR. RICKMAN:  Strike the question.

19   BY MR. RICKMAN:

20      Q     Was there any -- at any point while you

21   were standing there did Officer Mills call for

22   backup?

Capital Reporting Company

Page 71

1      A    Yes.

2      Q    Do you recall when that was?

3      A    When I asked him to.

4      Q    So -- okay.  At what point was that?

5      A    When I felt that he wasn't -- wasn't

6  talking to me properly.

7      Q    Was this while you were standing at the

8  door?

9      A    Yes.

10     Q    With your mother and father and brother

11 standing there?

12          MS. RUCKER:  Objection as to form.

13          You may answer.

14          THE WITNESS:  Yeah, when they were

15 standing inside of the door, yes.

16 BY MR. RICKMAN:

17     Q    I take it you were kind of pissed off,

18 too?  Forgive my language.

19     A    I wasn't happy, no.

20     Q    Angry?

21     A    Agitated.

22     Q    Agitated.  Fair enough.

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 79

1          MS. RUCKER:  Objection as to form.

2    You've asked the witness about --

3    BY MR. RICKMAN:

4          Q    Well, he released you and then grabbed

5    your arm again, correct?

6          MS. RUCKER:  Are you speaking about when

7    she said he put her into handcuffs?

8          MR. RICKMAN:  Yeah.

9          MS. RUCKER:  Okay.

10   BY MR. RICKMAN:

11         Q    So described what happened.

12         A    I reached in my bag to get my driver's

13   license.  I extended my left arm to give my

14   license.  He grabbed my arm as it was extended.

15   The officer took my license.  And he grabbed my

16   arm and put it behind my back.

17         Q    Okay.  And what happened next?

18         A    I was arrested.

19         Q    When you say arrested, what was your

20   understanding -- why did he say that you were

21   arrested?

22         A    Because handcuffs were put on me and

Capital Reporting Company

Page 80

1    four -- I would say at least three males had me

2    over a railing to put -- to hold me to put

3    handcuffs on me.

4         Q    So at any point did you resist having

5    handcuffs put on you?

6         A    Never, no.

7         Q    Were you saying anything at the point

8    that they were putting handcuffs on you?

9         A    No.

10        Q    Where were you parents during all this

11   time?

12        A    Inside my house.

13        Q    They never came out?

14        A    No.

15        Q    How far away from the door, were you?

16        A    Right in front of it.

17        Q    So they could see everything that was

18   going on?

19        A    Yes.

20        Q    And so what happened to your purse after

21   you were put under arrest?

22        A    I dropped it.  No.  My mom ended up with

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 81

1    it.  I can't remember how she got it.

2         Q    Okay.  And what happened after they put

3    the handcuffs on you?

4         A    They took me to the back of his car.

5         Q    Officer Mills' car?

6         A    Yes, I'm sorry.  Officer Mills' car.

7         Q    And any other officers -- you said three

8    officers took you back there?

9         A    I don't know who took --

10             MS. RUCKER:  Objection.

11             You can answer.

12   BY MR. RICKMAN:

13        Q    How many officers took you back there?

14        A    I don't remember.

15        Q    And how long were you placed in the back

16   of his car?

17        A    For quite awhile.

18        Q    Did any officers come up and ask you any

19   questions?

20        A    Yes.

21        Q    Can you describe him?

22        A    Can I describe what?

Capital Reporting Company

Page 82

1    Q    The officers?

2    A    No.

3    Q    Were they white?  Were they black?

4    A    Don't remember.

5    Q    Do you recall what they asked you?

6    A    I can't remember, no.

7    Q    So, well, let's -- at some point Officer

8  Mills returned and drove you back to the Sixth

9  District?

10         MS. RUCKER:  Objection as to the form of

11  the question.  There's no testimony --

12  BY MR. RICKMAN:

13    Q    Did you --

14         MS. RUCKER:  -- that's been put in

15  evidence --

16  BY MR. RICKMAN:

17    Q    Okay.  All right.  Did Officer Mills com

18  back and drive you back to his -- and get in the

19  car and take you back to the Sixth District?

20    A    Yes.

21    Q    Okay.  What happened at the time he got

22  back to the car?

Capital Reporting Company

Page 83

1          A     He drove up 44th Place, which is a

2    one-way street.  So he drove up the one-way.  I

3    mean, it's down a one-way street.  So he made a

4    left onto Hillside, and he pulled over right there

5    on the side of Hillside, on the right side.  And

6    he got on his cell phone.  I don't know who he --

7    I know he -- he said I'm going to teach this bitch

8    a lessen.  She got the right one.

9              And I started to cry.  So he said, yeah,

10   you're not so tough now.  What happened to all

11   that mouth.  And I just started to -- all I could

12   do was cry.  And then that's when we went down

13   Hillside.  He took me -- he rolled all the windows

14   down.  And it was very cold that night.  And he

15   proceeded to speed off.  We were speeding.  I was

16   going back and forth in the back of the car.

17             We pulled over again somewhere.  I

18   didn't know where we were.  But it was a wooded

19   area, because I couldn't see any streets.  I tried

20   to look up, but I was kind of laying downwards

21   with my arms up.  I was trying to figure out where

22   I was.

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 92

1       A       I was actually under the impression my

2   mom made a complaint.

3       Q       Did she tell you she had made a

4   complaint?

5       A       Yes.

6       Q       And who did she tell you she made the

7   complaint to?

8               MS. RUCKER:  Objection.

9               You may answer.

10              THE WITNESS:  I don't know.

11  BY MR. RICKMAN:

12      Q       But even after speaking -- but after

13  speaking with your family, it became clear that

14  you could make a complaint to the Metropolitan

15  Police Department; isn't that correct?

16              MS. RUCKER:  Objection.

17              THE WITNESS:  No.

18  BY MR. RICKMAN:

19      Q       But didn't your mother explain -- well,

20  who did your mother explain that she had made a

21  complaint to?

22              MS. RUCKER:  Objection.  That's been

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 95

1  taking a break.

2         MR. RICKMAN:  Oh, you want to take one

3  now?

4         MS. RUCKER:  No.  I would just prefer

5  you just complete her deposition, since we have

6  her parents aligned up for 2 o'clock.

7         MR. RICKMAN:  Okay.

8  BY MR. RICKMAN:

9     Q    At the time you were arrested -- well,

10 strike that.

11        So you were booked; and where were you

12 placed then?

13    A    I guess it's -- I don't know what

14 it's -- it's some cell in Sixth District.

15    Q    Okay.  And how long did you stay there?

16    A    I don't remember.

17    Q    Did you ever see Officer Mills when you

18 were at the Sixth District?

19    A    I'm trying to understand.  You mean that

20 night?

21    Q    Yeah.

22    A    I saw him sit -- yeah.

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

1          Q      When?

2          A      Sitting, filling out paperwork.

3          Q      Did he ask you anything?

4          A      No.

5          Q      Did he say anything?

6          A      Not at the Sixth District, no.

7          Q      But he wasn't the person who you said

8     booked you or asked you questions?

9          A      No.

10         Q      Was that a male or a female?

11         A      A male.

12         Q      Can you describe him?

13         A      Can't really remember.

14         Q      Okay.  Did he have any -- was he a

15    sergeant, do you know?

16         A      I don't know.

17         Q      Was he -- did he have any bars on his

18    shirt, a lieutenant or a captain or anything?

19         A      I don't remember any of that.

20         Q      Okay.  So do you recall what time you --

21    from the Sixth District cell block, where did you

22    go next?

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

1     A     To a van.

2     Q     Okay.  And where did that take you?

3     A     To the D.C. Superior Court.

4     Q     Okay.  And how long did you stay at the

5  D.C. Superior Court?

6     A     I don't remember.

7     Q     Do you recall what time you came up to

8  see the judge?

9     A     No.

10     Q     Do you recall what time you were -- you

11  were released from D.C. Superior Court, I take it?

12     A     No, I don't remember what time.

13     Q     But you were released from D.C. Superior

14  Court?

15     A     Yes.

16     Q     And what were you -- do you recall what

17  your charges were?

18     A     Fleeing an officer.

19     Q     Okay.  And how many times did you go

20  back to court for that?

21     MS. RUCKER:  You said "for that"?  I

22  didn't hear what --

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 98

1    BY MR. RICKMAN:

2         Q     For that charge?

3         A     I believe twice.

4         Q     Twice?  Do you recall what was the --

5    when was the first time you went back to court?

6         A     I don't remember.

7         Q     And what was the second time you went

8    back to court for that?

9         A     Again, I don't remember.

10        Q     And at the time that you were in court,

11   did you ever run into anyone that you knew?

12             MS. RUCKER:  Objection as to form.

13   You're saying -- you've asked her when she showed

14   back up to court.

15             MR. RICKMAN:  No, when she came --

16   BY MR. RICKMAN:

17        Q     Well, let me go back to when you came

18   through the lockup in court, the morning after you

19   were arrested, or that morning that you were

20   arrested.

21             Did you see anyone that you knew in the

22   courthouse?

Capital Reporting Company

Page 99

1    A    Yes.

2    Q    Who?

3    A    A couple marshals.

4    Q    And did they speak to you?

5         Did they know you?

6         You knew them?

7    A    Yes.

8    Q    Okay.

9         MS. RUCKER:  You asked multiple

10   questions.  I don't know if you got the answer to

11   each.  You asked did they speak.  And then you

12   asked did they know her.  And then did she know

13   them.

14   BY MR. RICKMAN:

15   Q    Well, did they speak?

16   A    Yes.

17   Q    Okay.  And did you see anyone else?

18   A    Not that I can remember.

19   Q    And what about on your return to the

20   court?

21   A    Yes.

22   Q    Who did you see?

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 100

1    A    The front security.

2    Q    And so you knew them?

3    A    Yes.

4    Q    How do you know them?

5    A    I worked there for almost two years.

6    Q    Going back to when you first arrived, or
7  when you were at the Sixth District, did anyone
8  ask you to produce a driver's license once you
9  were at the Sixth District?

10    A    Yes.

11    Q    Who?

12    A    I don't remember.

13    Q    Was it the person who was asking
14  questions?

15    A    It's possible.

16    Q    And what did you tell them?

17    A    I don't have it.

18    Q    Did you tell them where it was?

19    A    Yes.

20    Q    What'd you tell them?

21    A    I said one of the officers has it.

22    Q    And you don't recall who you said

Capital Reporting Company

1    this --

2            MS. RUCKER:  I'm sorry.  What was the

3    end of what your question was?  You don't recall?

4    BY MR. RICKMAN:

5        Q    You don't recall who you said this to?

6        A    No.

7        Q    And just so I'm clear, back when you

8    first pulled up to your house and you exited your

9    vehicle, what did Officer Mills, if anything, what

10   did he say to you?

11           MS. RUCKER:  Objection.  Asked and

12   answered.

13           THE WITNESS:  Bitch, do you wanna go to

14   jail.

15   BY MR. RICKMAN:

16       Q    Is that all he said?

17       A    He said a couple other things.  I don't

18   remember.

19       Q    Do you recall he said the other things

20   first, or afterwards, or --

21       A    No.  The first thing he said was, bitch,

22   do you wanna go to jail.

Capital Reporting Company

Page 102

1      Q      That was the first thing he said?

2      A      Yes.

3      Q      And what were you doing at that point?

4      A      Scared.

5      Q      What were you doing?

6      A      Looking at him scared.

7      Q      Had you stopped?

8      A      Had I stopped what?

9      Q      Were you standing there looking at him,

10     were you walking to your house?

11     A      I stopped and stood and looked at him,

12     yes.

13     Q      So at what point did you turn and walk

14     into your house?

15     A      When I asked to go get my father.

16     Q      And what did he say to that?

17            MS. RUCKER:  Objection.  Asked and

18     answered.

19            You can answer.

20            THE WITNESS:  He said I'll go get your

21     father.

22     BY MR. RICKMAN:

Capital Reporting Company

Page 104

1    BY MS. RUCKER:

2        Q    Counsel has asked you in great deal

3    about what occurred in the driveway of your home.

4            And when you were present at the

5    driveway of your home on October 12th -- I think

6    it was be the morning of October 12th -- do you

7    recall Officer Mills ever stating to you that you

8    were being detained or arrested for fleeing the

9    police?

10       A    No.

11       Q    Did any officer ever respond to your

12   request to ask Officer Mills to have backup come?

13       A    (No response).

14       Q    Let me rephrase that.

15           You've indicated that you made a request

16   to Officer Mills to have backup come; is that

17   correct?

18       A    Yes.

19       Q    Did anyone respond to that request, as

20   far as you know?

21       A    They came, so --

22       Q    People came after that request was made?

82c03acf-6174-4516-9cf9-0034c89b3934

Capital Reporting Company

Page 105

1    A    Yes.

2    Q    Up until that time, Officer Mills was

3    the only officer at the location?

4    A    Yes.

5    Q    Did anyone who arrived after Officer

6    Mills ever indicate to you that you were being

7    accused of or charged with fleeing a police

8    officer?

9    A    No.

10    Q    When was the first time that you ever

11    heard anyone alleging that you had fled a police

12    officer, or you were charged with fleeing the

13    police?

14    A    At the Sixth District.

15    Q    And do you recall at what point you were

16    told that?

17    A    When the person booking me couldn't find

18    the code in I guess whatever system.

19    Q    Did that person ever ask you anything

20    about this particular charge of fleeing the

21    police?

22    A    Yeah, yeah, he just asked me what