IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANTE M. MOORE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 05-2020 (PLF/DMR) |
| | * | |
| DISTRICT OF COLUMBIA, et. al., | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S OPPOSITION TO THE DEFENDANTS DISTRICT OF COLUMBIA AND OFFICER ELDORADO MILLS' MOTION FOR SUMMARY JUDGMENT**

# Exhibit 2

# Deposition of Richard Mattiello

# District of Columbia's Rule 30(b)(6) Designee

Capital Reporting Company

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA
 2    ---------------------------------:
 3    SHANTE M. MOORE,                 :
 4            Plaintiff,               :
 5       v.                            : C.A. No.:
 6                                     : 1:05CV02020
 7    DISTRICT OF COLUMBIA, et al.,    :
 8            Defendants.              :
 9    ---------------------------------:
10                        Silver Spring, Maryland
11                   Thursday, September 14, 2006
12    Deposition of:
13               RICHARD MATTIELLO
14    called for oral examination by counsel for
15    Plaintiff, pursuant to notice, at the Law Offices
16    of Duboff and Associates, before Denise Reiter of
17    Capital Reporting, a Notary Public in and for
18    the State of Maryland, beginning at 2:16 p.m., when
19    were present on behalf of the respective parties:
20
21
22
```

1    sergeant to come to the scene. Are you familiar
2    with any investigation that may have been done by
3    a sergeant who showed up at the scene?
4         A    The department has no record of an
5    investigation complaint by Ms. Moore or her family
6    in reference to this.
7         Q    Does the department have any documents
8    by Sergeant McCourt regarding his visit to the
9    location of the scene?
10        A    No.
11        Q    Procedurally, if a request is made by
12   a citizen for an officer to come to the scene to
13   make a complaint, is that officer required as a
14   result of that to do any kind of follow-up
15   paperwork?
16        A    I'm not sure I understand your
17   question.
18        Q    I'll try and rephrase it. If a citizen
19   makes a complaint regarding a particular matter,
20   does that complaint once it's made let's say to a
21   sergeant, require that sergeant to take any
22   further action?

```
 1        A     Yes.
 2        Q     What would that further action be?
 3              MR. RICKMAN:  I'm going to object. Can
 4   you point to what specific area that question
 5   relates to in your 30(b)6 notice?
 6              MS. RUCKER:  Off the record.
 7              (Whereupon, a brief discussion was
 8              held off the record.)
 9   BY MS. RUCKER:
10        Q     What would that further action be? If
11   you don't remember the question, I will repeat it.
12        A     Perhaps you can just restate the
13   question.
14        Q     Absolutely; you had testified that
15   there's certain action that the sergeant in my
16   scenario would be required to take and I said what
17   would that action be. What we were talking about
18   is a complaint that had been made.
19        A     A sergeant is required to provide the
20   person with a PD 99 and also at this point, the
21   sergeant is required to provide the person with
22   information as to the filing a complaint with the
```

1      Office of Police Complaints.
2           Q    When you say at this time, are you
3      referring to present day?
4           A    Yes.
5           Q    Speaking about what was in affect in
6      October of 2004, would it simply be the PD 99?
7           A    No, I believe at that time the Office
8      of Police Complaints was in operation. You were
9      required to give them information.
10          Q    That would be something that is
11     provided to the individuals making the complaint?
12          A    Yes.
13          Q    Do you have any understanding from
14     your knowledge of this case or the District's
15     investigation as to whether or not anyone at the
16     scene of the event was provided a PD 99?
17          A    I already said we have no record of a
18     complaint being received.
19          Q    That part I got, but the question is a
20     little bit different. Do you know whether or not
21     any officer or any official from the department
22     provided any individuals at that address with a PD

```
 1   all, what cruiser was Officer Mills in on this
 2   day?
 3        A    He was assigned to scout car 6042.
 4        Q    He came on duty at what time?
 5        A    He was working the 11:00 p.m. to 7:30
 6   a.m. hour tour of duty.
 7        Q    7:30 a.m.?
 8        A    Yes.
 9        Q    This incident would've occurred during
10   his duty hours?
11        A    Yes.
12        Q    During the time of this stop, Officer
13   Mills was clearly acting in the course of and
14   within the scope of his duties as a police officer
15   for the District of Columbia?
16        A    Yes.
17        Q    What is it that you have as a record
18   to show Officer Mills' activity beginning 02:00
19   hours and continuing to the end of his tour?
20        A    What record do we have?
21        Q    Yes.
22        A    There should be a PD 775 that he
```

1  are identified in number one clearing the scene?

2     A    There's nothing specific in the
3  transcript other than --

4     Q    You're saying transcript, but you mean
5  the handwritten notes?

6     A    The handwritten notes. There's nothing
7  in the record before me other than that for
8  Officer Mills.

9     Q    McCourt was Officer Mills' supervisor
10  at the time of this incident, correct?

11    A    He was a sergeant and a supervisor.

12    Q    Does that change from day to day who
13  is actually going to be in charge?

14    A    As an official of the Police
15  Department, he was in charge of the scene. I'm not
16  sure whether he does Officer Mills' performance
17  evaluation for instance.

18    Q    When you say he was in charge of the
19  scene that means what?

20    A    That means he is responsible for what
21  goes on once he arrives.

22    Q    Including the arrest?

Page 111

```
 1        Q    Why not?
 2        A    Because that authority rests with the
 3   watch commander.
 4        Q    The watch commander is the one who has
 5   the authority? I thought in the example you gave
 6   me, you said that the sergeant had the ability
 7   when arriving on the scene?
 8        A    He cannot make that decision
 9   independent of the watch commander.
10        Q    That's the part I didn't get before.
11   Sergeant McCourt had the authority in consultation
12   with the watch commander?
13        A    If a sergeant arrives on the scene and
14   finds that something was done contrary to law or
15   our policies and procedures then as an official,
16   he is required to take certain steps. In the case
17   of an unlawful arrest or an arrest absent probable
18   cause, the proper steps for a sergeant would be to
19   call the watch commander to proceed.
20        Q    Can you tell me about what
21   communications the District is aware of that
22   Officer Mills if any had with Sergeant McCourt
```

Page 129

1   defendant Mills. Defendant asserted that it lacks
2   sufficient information. That is not the case at
3   this time, correct?
4       A   Our records indicate that she was
5   "locked up." That means that she did not receive
6   citation release and did not post a bond. So, she
7   had to appear in court the next day.
8       Q   That's overnight in jail, right?
9       A   Yes.
10      Q   What is the District's understanding
11  as to whether defendant Mills' supervisor,
12  Sergeant McCourt signed the 163?
13      A   Sergeant McCourt did not sign in block
14  number 68 which is the signature of the reviewing
15  official.
16      Q   Whose signature is there?
17      A   It appears to be Lieutenant Robert
18  Atcheson.
19      Q   Can you spell that?
20      A   A-T-C-H-E-S-O-N, but it's in cursive
21  and it's not written in block letters underneath
22  it.

Capital Reporting Company

Page 134

1   specifically what happened in the case.
2       Q    For purposes of the admissions, the
3   charges were dismissed; correct?
4       A    It's my understanding, yes.
5       Q    There is no knowledge that the
6   District possesses to establish that police
7   officers were present in the home of Ms. Moore on
8   the time -- on the day of this incident?
9       A    Police officers were present inside
10  the home?
11      Q    That's correct.
12      A    We have no record or knowledge of
13  that.
14      Q    Anyone talk to the officers about
15  whether they were in fact present in the home?
16      A    No, there is no record of that.
17      Q    There's no question that the vehicle
18  that plaintiff was placed in was driven by Officer
19  Mills, correct?
20      A    Correct.
21      Q    It belonged to the District, but it
22  was driven by Officer Mills?

```
 1    assaulted Officer Mills?
 2         A    No, there is no record of that.
 3         Q    Is there any allegation that's being
 4    made by the District of that?
 5         A    No, we have no record of that.
 6         Q    Is Officer Mills alleging that he was
 7    placed in fear or harm or safety in this incident?
 8         A    He asked for assistance which
 9    indicated that he felt the situation was not under
10    control.
11         Q    You're surmising that, aren't you?
12         A    A police officer does not ask for
13    assistance or back up unless he feels a situation
14    -- they present danger or may escalate to a point
15    where he will be in danger.
16         Q    What if he requests or ask for backup?
17         A    Backup in police parlance means that
18    you need help. That you cannot handle a situation
19    alone. Police officers typically try to handle the
20    situation alone unless they're forced to do
21    otherwise.
22         Q    Throughout the deposition you've been
```

Page 137

1  stating that there is no record of that. So, my
2  question to you is is there any records that
3  Officer Mills felt endangered by his safety?
4      A    Yes.
5      Q    What is the record?
6      A    By requesting -- the statement that he
7  makes in his PD 163, I requested for dispatcher to
8  send me some backup.
9      Q    Outside of that, is there anything
10 else in the record that causes you to conclude
11 that he was in fear of his safety?
12     A    Other than that, no.
13          MS. RUCKER:  Mark this deposition
14 Exhibit 6. (Mattiello Exhibit 6 was marked for
15 identification.)
16 BY MS. RUCKER:
17     Q    Can you identify this document for the
18 record?
19     A    This is what is called an event
20 chronology generated by the computer assistant
21 dispatch system in the Office of Police
22 Communications.

Page 145

1      A     Yes.
2      Q     Who is the dispatcher communicating
3  with?
4      A     A Ms. Moore.
5      Q     Does it indicate an address for Ms.
6  Moore?
7      A     It indicates a location where this is
8  happening.
9      Q     What is that address?
10     A     1108 44th Place, Southeast.
11     Q     Is that the address that you now know
12 to be the residence of Ms. Moore, the plaintiff in
13 this case?
14     A     Yes.
15     Q     Does it indicate by that document the
16 event chronology, what Ms. Moore is calling in
17 regarding?
18     A     Yes.
19     Q     Can you tell me for the record what it
20 indicates?
21     A     Sixty officers stated female at
22 location. Said police officers were harassing her.

```
 1      Send official to location.
 2           Q    Would that be a complaint?
 3           A    Not necessarily -- a complaint as far
 4      as what? It's a complaint to our police
 5      communications. It's something that needs to be
 6      acted on. It kind of depends upon what you mean by
 7      complaint.
 8           Q    I just want to know what the District
 9      means by a complaint. You were saying all along
10      that there needs to be a complaint made before
11      there's an investigation done. My question is is
12      that a complaint?
13           A    It is a preliminary incident that
14      needs an official to respond to determine what
15      happened.
16           Q    So, it's not a complaint?
17           A    At this point, no. Not until we know
18      what's going on and do some preliminary
19      questioning.
20           Q    What would be required as the follow-
21      up to whatever you call this? What would be
22      required under the rules?
```

Page 147

1	A	Sending an official to Ms. Moore and
2	interviewing her and finding out what the problem
3	is.
4	Q	What is that official supposed to do
5	after conducting that interview?
6	A	Determine whether there is some
7	misconduct alleged by a member of our department.
8	Q	How is it that this individual who is
9	sent out goes about doing that under the policies
10	and procedures in this department?
11	A	He would interview the complainant.
12	Q	Then do what?
13	A	It would depend upon what the
14	complainant said, what the situation is, what the
15	facts and circumstances were.
16	Q	Let's say that they're saying they
17	want to make a complaint against the officer for
18	how the matter was handled. What would be the next
19	course of action?
20	A	If they said that they wanted to make
21	a complaint then we'd have to do whatever is
22	necessary to facilitate that.

Page 149

```
1         Q    Do you have any record of that
2    happening?
3         A    No.
4         Q    I'll show you one other matter. If you
5    look at the second entry up from the bottom there.
6    If you need me to highlight it, I will. Can you
7    tell me who -- whether there was anyone sent by
8    the District of Columbia Police Department to
9    respond to this call that was made?
10        A    Yes.
11        Q    Who was it that was sent?
12        A    The official that was operating
13   cruiser 6040.
14        Q    Who was operating 6040?
15        A    I'd have to look at this.
16        Q    Go ahead.
17        A    Looking at these notes, it was
18   Sergeant Charles Foster but the notes also say
19   that 6030 was on the scene which is another
20   official.
21        Q    Charles Foster according to that event
22   chronology was in 6040?
```