IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANTE M. MOORE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 05-2020 (PLF/DMR) |
| | * | |
| DISTRICT OF COLUMBIA, et. al., | * | |
| | * | |
| Defendants. | * | |

**<u>PLAINTIFF'S OPPOSITION TO THE DEFENDANTS DISTRICT OF COLUMBIA AND OFFICER ELDORADO MILLS' MOTION FOR SUMMARY JUDGMENT</u>**

# Exhibit 3

# Deposition of Johnny Andrew Moore

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| In the matter of: | |
| SHANTE MOORE | |
| Plaintiff, | |
| v. | Civil Action No. 05-2020 |
| DISTRICT OF COLUMBIA et al., | |
| Defendants. | |

Washington, D.C.

Wednesday, January, 31, 2007

DEPOSITION OF:

JOHNNY ANDREW MOORE

called for examination by counsel for the Defendants, pursuant to notice of deposition, in the law offices of the Washington, D.C. Attorney General, 441 4th Street, NW, Washington, D.C., when were present on behalf of the respective parties:

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

Case 1:05-cv-02020-PLF    Document 57-4    Filed 08/29/2007    Page 3 of 8

31

1  Q    How long did they stand there before other Officers arrived, do you know?

3  A    Don't remember.

4  Q    Do you recall where your sister's purse was at that point?

6  MS. RUCKER:  At what point, counsel?

8  MR. RICKMAN:  They were both standing on the --

10  MS. RUCKER:  Are you saying in the beginning, when they first walked up to the door?

13  BY MR. RICKMAN:

14  Q    When you first opened the door?

15  A    I don't remember.

16  Q    Do you recall seeing her purse?

17  A    Yes.

18  Q    Do you recall the Officer ever asking her for her driver's license?

20  A    What Officer are we talking about?

21  Q    Officer Mills?

22  A    No.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C. 20005-3701        www.nealrgross.com

1    Q    Did there come a time when any of
2 the other Officers that arrived at the scene
3 asked her for her driver's license?
4    A    Yes.
5    Q    When was that?
6    A    What do you mean by that, when was
7 that?
8    Q    When did they ask her for her
9 driver's license?
10   A    I don't remember which Officer
11 asked her, but they asked to see her license.
12   Q    Where was Officer Mills at this
13 point?
14   A    He was still on the front.
15   Q    Did there ever come a time that
16 Officer Mills walked away from the door after
17 the other Officers arrived?
18   A    No.
19   Q    So he stood by your sister for
20 that entire time period?
21   A    Yes.
22   Q    Do you recall how many other

1   Officers arrived?

2   A    Don't remember.

3   Q    Do you recall any of the names of
4   the other Officers that arrived?

5   A    Don't remember.

6   Q    Do you recall Sergeant McCourt?

7   A    Don't remember.

8   Q    So at what point did you see
9   Officer Mills place his hands on your sister?

10  A    When one of the other Officers
11  asked to -- asked her if she had her license.

12  Q    And what did she say?

13  A    She said yes.

14  Q    Did they ever ask her to produce
15  the license?

16  A    I don't remember.

17  Q    Did she ever reach for her purse
18  and try and go in her purse?

19  A    Yes.

20  Q    What happened?

21  A    That's when they attacked her.

22  Q    When you say "attacked her" how do

1   you mean?
2       A   They just all put their hands on
3   her.
4       Q   So did they throw her to the
5   ground?
6       A   I don't remember. Just rushed
7   her.
8       Q   So how many Officers rushed her,
9   do you know?
10      A   I don't remember.
11      Q   You say "rushed her." Describe
12  that.
13      A   She reached in her purse for her
14  license and they just all rushed her, put
15  their hands on her.
16      Q   So where did they grab her, do you
17  recall?
18      A   No, I don't.
19      Q   Did you say anything at this
20  point?
21      A   I don't remember.
22      Q   At any point from the time that

1   Q   Do you recall Officer Mills ever
2   going to his microphone on his vehicle?
3   A   I don't remember.
4   Q   Did your mother or your father
5   ever step outside the house?
6   A   No.
7   Q   Everyone stayed inside the door?
8   A   Yes.
9   Q   Did any Officer order you to stay
10  inside?
11  A   Yes.
12  Q   Which one?
13  A   Officer Mills.
14  Q   Did he do anything to ensure that
15  you stayed inside the house, that is, did he
16  hold the door closed or anything like that?
17  Or did he just tell you to stay inside?
18  A   He just told us to stay inside.
19  Q   Was this before or after he --
20  before they had arrested your sister?
21  A   This was before.
22  Q   Was this before the Officers had

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Who went with you? |
| 3 | A | I don't remember. |
| 4 | Q | Did your father go with you? |
| 5 | A | I don't remember. |
| 6 | Q | Do you recall speaking to any |
| 7 | | Officer at the 6th District? |
| 8 | A | I recall asking whoever was at the |
| 9 | | counter, I remember speaking with them. |
| 10 | Q | And what did you ask? |
| 11 | A | I just asked them if my sister had |
| 12 | | arrived yet. |
| 13 | Q | And what did they say? |
| 14 | A | No. |
| 15 | Q | How long did it take you to get |
| 16 | | down there? |
| 17 | A | Probably less than five minutes. |
| 18 | Q | So the 6th District is relatively |
| 19 | | close to your house? |
| 20 | A | Yes. |
| 21 | Q | I want to take a quick break. |
| 22 | | I've got to get something. Let's go off the |