IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE M. MOORE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No.: 05-2020 (PLF/DMR) |
| | * |
| DISTRICT OF COLUMBIA, et. al., | * |
| | * |
| Defendants. | * |

**PLAINTIFF'S OPPOSITION TO THE DEFENDANTS DISTRICT OF COLUMBIA AND OFFICER ELDORADO MILLS' MOTION FOR SUMMARY JUDGMENT**

# Exhibit 4

# Deposition of Sergeant James J. McCourt

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
---------------------------------x
SHANTE MOORE,                    :
                                 :
         Plaintiff,              :
                                 :
     V.                          : No. 05-2020
                                 :
DISTRICT OF COLUMBIA et al.,     :
                                 :
         Defendant.              :
---------------------------------x
```

**ORIGINAL**

Silver Spring, Maryland

Tuesday, September 19, 2006

Deposition of

JAMES J. McCOURT

a witness, called for examination by counsel for Plaintiff, pursuant to notice and agreement of counsel, beginning at approximately 10:32 a.m., at the law offices of DuBoff & Associates, 8401 Colesville Road, Silver Spring, Maryland, before M. Bryce Hixson of Beta Court Reporting, notary public in and for the State of Maryland, when were present on behalf of the respective parties:

16

1   who were there.
2       Q    And that proper behavior is
3   detailed in your policies and procedures,
4   correct?
5       A    But it's not all inclusive.  That's
6   where we are having a problem.
7       Q    That's where we have a difference.
8   Okay, and I think that's a fair place to --
9   just to stop on that.
10      A    Okay.
11      Q    Okay, and the -- let's go to the
12  incident that is the subject of this
13  complaint, which is the October 12, 2004.
14      A    Yes, ma'am.
15      Q    You were called to the scene of an
16  event, is that correct, that concerned Shante
17  Moore, the plaintiff in this case?
18      A    Yes, ma'am.
19      Q    And do you have any knowledge today
20  as to whether or not the location that you
21  were called to was in fact her home?
22      A    I guess I never saw evidence that

1    Q    I see.  Do you know whether there
2  was another officer who may have been present
3  on the scene, who was specifically responding
4  to that station call -- the telephone call
5  that is?
6    A    No, I'm not sure.
7    Q    Do you know if there was an Officer
8  Foster present at the scene?
9    A    Yeah, there is a Sergeant Foster,
10 but I believe he was not present on the
11 scene.
12   Q    Okay.  You don't recall seeing
13 Sergeant Foster there?
14   A    Correct.  But he was another
15 supervisor and I believe he received a call
16 to go there, but I interrupted the dispatcher
17 and said that I was already there.
18   Q    Okay, so then there was no need to
19 send another sergeant because you were going
20 to be there to address the matter?
21   A    That was certainly my intent,
22 although that wasn't what was said over the

```
 1    definition of argument.  I should say rather
 2    that the people were contesting with the
 3    police what was going on.  That is, in a
 4    typical arrest situation a person is arrested
 5    or detained and folks leave the police alone
 6    to conduct their police business, but these
 7    people were clearly attempting to intercede
 8    on the part of Ms. Moore.
 9         Q    Tell me --
10         A    And they weren't being violent or
11    anything, but they were -- I used the word
12    "argument"; they were interceding on her
13    behalf.
14         Q    Tell me what you specifically
15    heard.
16         A    I don't remember the exact words, I
17    just knew that they were angry that the girl
18    had been -- that the lady had been detained.
19         Q    But you don't recall anything that
20    they were saying?
21         A    Not specifically, no.
22         Q    Did you hear any profanity?
```

1  the record already, was there anything else

2  that you did at the scene after arriving?

3      A   I don't recall any other --

4  anything else that I did, no.

5      Q   And I'm -- and you may have already

6  said -- stated this, do you recall talking

7  with Shante Moore, the plaintiff in this

8  case?

9      A   I don't recall specifically

10 speaking with Ms. Moore, but I may have.  I

11 don't recall.

12     Q   Did Officer Moore discuss with you

13 -- excuse me, Officer Mills discuss with you

14 anything about what he intended to put into

15 the 163?

16     A   No.

17     Q   Okay.

18     A   No.

19     Q   Was he required to?

20     A   No.

21     Q   Okay.  Did you, as far as you are

22 concerned, take the action that you were