IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANTE M. MOORE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 05-2020 (PLF/DMR) |
| | * | |
| DISTRICT OF COLUMBIA, et. al., | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S OPPOSITION TO THE DEFENDANTS DISTRICT OF COLUMBIA AND OFFICER ELDORADO MILLS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 5

Deposition of Defendant Eldorado Mills

Volume II

Capital Reporting Company

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3   - - - - - - - - - - - - - - - - -x

 4   SHANTE MOORE,                     :

 5             Plaintiff               :

 6        vs.                          : Civil Action

 7                                     : No. 05-2020

 8   THE DISTRICT OF COLUMBIA, et al,  :

 9             Defendants              : Volume II

10   - - - - - - - - - - - - - - - - -x

11                    Silver Spring, Maryland

12                    Thursday, September 14, 2006

13   Deposition of:

14                    ELDORADO MILLS

15   called for oral examination by counsel for

16   Plaintiff, pursuant to notice, at Duboff &

17   Associates, 8401 Colesville Road, Suite 501, Silver

18   Spring, Maryland, before Marietta Koustenis, of

19   Capital Reporting, a Notary Public in and for the

20   State of Maryland, beginning at 10:41 a.m.,

21   when were present on behalf of the respective

22   parties:
```

Capital Reporting Company

Page 35

1      A.      Can you repeat that?

2      Q.      Sure. Let me just ask the question, have you ever been disciplined by the Police Department?

5      A.      Yeah.

6      Q.      Okay, and for what matters?

7      A.      Court.

8      Q.      And when you say Court, I think you touched on this last time, is that not showing up for a Court hearing?

11      A.      Yeah.

12      Q.      Okay. Anything else?

13      A.      That's all I can think of at this time.

14      Q.      And I think you mentioned that what this, tell me what the incident was where you didn't show up, what was the matter that you were due in Court for, do you recall?

18      A.      I don't recall.

19      Q.      And do you know about when that was?

20      A.      No, I don't.

21      Q.      Are you aware of any other disciplinary action besides you not showing up in Court taken

Page 47

```
 1     A.     No, I don't think.
 2     Q.     And who was your immediate supervisor
 3  during this time?
 4     A.     Sergeant McCort.
 5     Q.     McCort, M-C, C-O-R-T?
 6     A.     Yes.
 7     Q.     Did he ask you any questions concerning
 8  this matter to ascertain who was at the scene with
 9  you?
10     A.     I don't believe he did.
11     Q.     Besides Officer Zack, was
12  Sergeant McCort there?
13     A.     Yes.
14     Q.     He did show up?
15     A.     He did.
16     Q.     Okay.  And besides Officer Zack and
17  Sergeant McCort, do you recall any other Officers
18  who were present?
19     A.     No, I don't.
20     Q.     Did you have any Officers who were from,
21  from like Park Police or something like that
22  present?
```

```
1      A.      Within minutes.
2      Q.      And what were you doing waiting for the
3   assistance to arrive?
4      A.      I was standing at the doorway.
5      Q.      How was Ms. Moore being detained by you?
6      A.      She was standing to the left of me.
7      Q.      Okay. Okay. To the left of you, are
8   you facing the house that you are in front of or are
9   you facing the street?
10     A.      I'm facing the house.
11     Q.      Okay. So facing the house, she's
12  standing to your left, so that means the door to the
13  house would be to your right?
14     A.      I was standing in front of the door.
15     Q.      Oh, okay. You're standing in front of
16  the door to the house?
17     A.      Yes.
18     Q.      Okay. And the two people that you
19  stated came to the door, it was a male and a female
20  after you asked the boy to get someone?
21     A.      I believe it was a male and a female.
22  There was no light on. It was kind of dark.
```

1  inside?

2  A. I, I don't believe the Sergeant said
3  that to me. I did hear someone at the house saying
4  they was calling the Police.

5  Q. Okay. So let's back up one second.
6     You indicated to me that the Sergeant
7  said he was going to talk to the family to see if he
8  could resolve it?

9  A. Yeah.

10 Q. Then you also indicated that the
11 Sergeant was going in to talk to them because they
12 had called the Police?

13 A. Yeah, they had called themselves.

14 Q. You're sitting in the vehicle.
15    At what time did you learn that the
16 Sergeant was going to talk to someone in the house
17 because they had called the Police or did you just
18 surmise that?

19 A. After the Sergeant came, came and talked
20 to me, he was going inside to talk to the parents.

21 Q. You said about trying to see if he could
22 resolve this?

**Capital Reporting Company**

Page 65

```
 1   you depart from the house, correct?
 2        A.    Yes.
 3        Q.    When the Sergeant returned to you, do
 4   you know whether or not he indicated to you that he
 5   did not believe that Ms. Moore should be arrested?
 6        A.    I don't recall him saying anything about
 7   that.
 8        Q.    Did not.
 9              Did he say whether or not he agreed with
10   your decision to arrest her?
11        A.    I don't recall.
12        Q.    Would the Sergeant have the ability to
13   tell you that he did not think that your actions
14   were proper if he believed that?
15        A.    That's his job, yes, uh-huh.
16        Q.    Now when you are leaving the location of
17   this incident, do you have any communications with
18   any of the Officers before you depart, other than
19   the one with Sergeant McCort you spoke about?
20        A.    No.
21        Q.    Did you call to your, I think I said
22   station, I said station, but did you call
```

Page 72

1  to talk over the system or what does that do?

2      A.    It just makes a noise.

3      Q.    Okay. The handcuff that you talked

4  about placing on Ms. Moore, isn't it true that you

5  placed her in handcuffs in front of the house?

6      A.    It was very close to the house, very

7  close to the house. I don't know the exact location

8  where I was at that point.

9      Q.    Wasn't Ms. Moore sort of bent over the

10 railing near her house when you were placing her in

11 handcuffs?

12     A.    It's possible.

13     Q.    Didn't Ms. Moore request you to ask for

14 back-up to come because she was uncomfortable with

15 how you were proceeding at the scene?

16     A.    That refreshes my recollection by you

17 saying that. I believe she did.

18     Q.    Okay. And what was your response to

19 that?

20     A.    I told her okay, I didn't have a problem

21 with that. So I, I called for a Sergeant.

22     Q.    All right, okay. And I believe you said

Page 96

1  Q.   It is, okay.
2       So you're very familiar with that area?
3  A.   Yes.
4  Q.   But you don't know how long it is from
5  44th to the 6th District station?
6  A.   I can get there within probably six
7  minutes, maybe seven.
8  Q.   Okay. Did you complete a 251 regarding
9  this incident?
10 A.   I don't recall.
11 Q.   Did you complete the run sheet, you were
12 talking about writing a run sheet and that you were
13 sitting in the vehicle at the house, did you
14 complete a run sheet?
15 A.   Yes.
16 Q.   You submitted that?
17 A.   Yes.
18      MS. RUCKER: Counsel, were we provided
19 the run sheet? I don't believe we were, that's why
20 I need the documents in response to the questions so
21 we know what we're getting.
22      We'll just note that we're making this