IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE M. MOORE, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 05-2020 (PLF/DMR) |
| DISTRICT OF COLUMBIA, et. al., | * |
| Defendants. | * |

**PLAINTIFF'S OPPOSITION TO THE DEFENDANTS DISTRICT OF COLUMBIA AND OFFICER ELDORADO MILLS' MOTION FOR SUMMARY JUDGMENT**

# Exhibit 8

# Event Chronology for Event number I20040603206

# Event Chronology

Event Number: I20040603206

| Date | Time | Term | Operat | Action |
|---|---|---|---|---|
| 10/12/04 | 02:22:36 | c01 | 6734 | EVENT CREATED: Location= 1108 44TH PL SE DC , Cross Streets= H ST SE / HILLSIDE RD SE , Name= MS. MOORE , Phone Number= 575-4054 |
| | | | | EVENT UPDATED: Location= 1108 44TH PL SE DC , Cross Streets= H ST SE / HILLSIDE RD SE , Name= MS. MOORE , Phone Number= 575-4054 |
| | | | | Agency= MPD , Group= 6D , Beat= 604 , Status= P , Priority= 3 , ETA= 0 , Hold Type= 0 , Primary Member= 0 , Current= F , Open Current= F , Type Code= OTHR - OTHER |
| | | | | Agency= MPD , Group= 6D , Beat= 604 , Status= P , Priority= 3 , ETA= 0 , Hold Type= 0 , Primary Member= 0 , Current= F , Open Current= F , Type Code= OTHR - OTHER |
| | | | | EVENT COMMENT= 6D OFFICER STATED FEMALE AT LOCATION SAID POLICE OFFICERS WERE HARRASSING HER. SEND OFFICIAL TO LOCATION |
| 10/12/04 | 02:23:03 | cadcom | 6734 | EVENT COMMENT= ** LOI search completed at 10/12/04 02:23:03 |
| 10/12/04 | 02:24:51 | d11 | 1770 | EVENT COMMENT= CR6040 RESPONDING |
| 10/12/04 | 02:25:07 | d11 | 1770 | Agency= MPD , Group= 6D , Beat= 604 , Status= C , Priority= 3 , ETA= 0 , Hold Type= 0 , Cancel Comment= 6040 , Primary Member= 0 , Current= T , Open Current= F , Type Code= OTHR OTHER |
| | | | | EVENT CLOSED: Disposition Assigned= CANCELEV |