IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE M. MOORE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No.: 05-2020 (PLF/DMR) |
| | * |
| DISTRICT OF COLUMBIA, et. al., | * |
| | * |
| Defendants. | * |

**PLAINTIFF'S OPPOSITION TO THE DEFENDANTS DISTRICT OF COLUMBIA AND OFFICER ELDORADO MILLS' MOTION FOR SUMMARY JUDGMENT**

# Exhibit 9

# Event Chronology for Event number I20040603211

# Event Chronology

Event Number: I20040603211

| Date | Time | Term | Operat | Action |
|---|---|---|---|---|
| 10/12/04 | 02:26:50 | d11 | 1770 | EVENT CREATED: Location= 1108 44TH PL SE DC , Cross Streets= H ST SE / HILLSIDE RD SE , Call<br>   Source= OFFICER<br>   Agency= MPD , Group= 6D , Beat= 604 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 ,<br>     Primary Unit= 6042 , Primary Member= 3088 , Current= F , Open Current= F , Type Code= OTHR<br>   OTHER<br>Unit= 6042 , Status= DP , Location= 1108 44TH PL SE DC , Employee= 3088<br>EVENT COMMENT= Field Event<br>   6042 STATES VEHICLE RAN ON HIM ON A TRAFFIC STOP ////DC REG GG |
| 10/12/04 | 02:26:51 | d11 | 1770 | Unit= 6042 , Status= AR , Location= 1108 44TH PL SE DC , Employee= 3088 |
| 10/12/04 | 02:26:57 | d11 | 1770 | Unit= TRF1 , Status= DP , Location= 1108 44TH PL SE DC |
| 10/12/04 | 02:27:00 | d11 | 1770 | Unit= TRF1 , Status= AR , Location= 1108 44TH PL SE DC |
| 10/12/04 | 02:27:02 | d11 | 1770 | Unit= CR6040 , Status= DP , Location= 1108 44TH PL SE DC |
| 10/12/04 | 02:27:05 | d11 | 1770 | Unit= CR6040 , Status= AR , Location= 1108 44TH PL SE DC |
| 10/12/04 | 02:27:21 | d11 | 1770 | Unit= CR6030 , Status= DP , Location= 1108 44TH PL SE DC |
| 10/12/04 | 02:27:24 | d11 | 1770 | Unit= CR6030 , Status= AR , Location= 1108 44TH PL SE DC |
| 10/12/04 | 02:27:33 | cadcomm | 1770 | EVENT COMMENT= ** LOI search completed at 10/12/04 02:27:33 |
| 10/12/04 | 02:36:58 | cic4 | 0 | Unit= 6042 , Status= ~ , Location= 1108 44TH PL SE DC , Employee= 3088 |
| 10/12/04 | 02:37:08 | cic4 | 0 | Unit= CR6040 , Status= ~ , Location= 1108 44TH PL SE DC<br>Unit= TRF1 , Status= ~ , Location= 1108 44TH PL SE DC |
| 10/12/04 | 02:37:28 | cic4 | 0 | Unit= CR6030 , Status= ~ , Location= 1108 44TH PL SE DC |
| 10/12/04 | 02:44:27 | d11 | 1770 | CASE NUMBER ASSIGNED= R2004140791<br>Disposition Assigned= ASSNCASE<br>EVENT COMMENT= ** Case number R2004140791 has been assigned<br>  ** >>>> by: ELMA D. MCCOY on terminal: d11 |
| 10/12/04 | 02:44:55 | d11 | 1770 | EVENT COMMENT= #'S FAILURE TO DISPLAY PERMIT |
| 10/12/04 | 02:45:24 | d11 | 1770 | EVENT COMMENT= ORIGINAL TIME 0220 HRS////T/C 1 FEMALE TO 6D 1 ARREST |
| 10/12/04 | 02:45:43 | d11 | 1770 | Unit= 6042 , Status= CL , Location= T / C 6D W/ARREST , Employee= 3088<br>Unit= 6042 , Status= ER , Location= T / C 6D W/ARREST , Employee= 3088 |
| 10/12/04 | 02:46:25 | cadcomm | 1770 | EVENT COMMENT= ** LOI search completed at 10/12/04 02:46:25 |
| 10/12/04 | 02:55:18 | d11 | 1770 | EVENT COMMENT= TFAFFIC VIOLATION 46TH ST & HILLSIDE RD SE |
| 10/12/04 | 02:55:28 | d11 | 1770 | Unit= CR6030 , Status= AV , Location= 1108 44TH PL SE DC |
| 10/12/04 | 02:55:32 | d11 | 1770 | Unit= CR6040 , Status= AV , Location= 1108 44TH PL SE DC |
| 10/12/04 | 02:55:52 | d11 | 1770 | Unit= 6042 , Status= AR , Location= T / C 6D W/ARREST , Employee= 3088 |
| 10/12/04 | 03:05:58 | cic4 | 0 | Unit= 6042 , Status= ~ , Location= T / C 6D W/ARREST , Employee= 3088 |
| 10/12/04 | 03:21:08 | d12 | 1769 | Unit= TRF1 , Status= AQ |
| 10/12/04 | 04:48:22 | d14 | 1334 | Unit= 6042 , Status= AR , Location= T / C 6D W/ARREST , Employee= 3088 |
| 10/12/04 | 04:58:28 | cic4 | 0 | Unit= 6042 , Status= ~ , Location= T / C 6D W/ARREST , Employee= 3088 |
| 10/12/04 | 05:36:15 | d11 | 1770 | Unit= 6042 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= T / C 6D W/ARREST , Employee= 3088 |
| 10/12/04 | 06:37:21 | d12 | 1769 | Agency= MPD , Group= 6D , Beat= 604 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 ,<br>   Primary Unit= 6042 , Primary Member= 3088 , Current= T , Open Current= F , Type Code= OTHR<br>   OTHER<br>EVENT CLOSED:<br>Unit= 6042 , Status= AV , Location= T / C 6D W/ARREST , Employee= 3088 |