IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE M. MOORE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No.: 05-2020 (PLF/DMR) |
| | * |
| DISTRICT OF COLUMBIA, et. al., | * |
| | * |
| Defendants. | * |

**PLAINTIFF'S OPPOSITION TO THE DEFENDANTS DISTRICT OF COLUMBIA AND
OFFICER ELDORADO MILLS' MOTION FOR SUMMARY JUDGMENT**

# Exhibit 10

# Citizen Complaint Form – OCCR Control Number 03-0561

OCCR-1

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
# OFFICE OF CITIZEN COMPLAINT REVIEW
730 11th Street, N.W., Suite 500
Washington, D.C. 20001
(202) 727-3838
www.occr.dc.gov

## CITIZEN COMPLAINT FORM

**1. OCCR Control Number:** 03-0561
*To Be Completed by OCCR Staff*

**2. Day, Date & Time Complaint Received:** 9/2/03 @ 1:00 pm
*To Be Completed by OCCR Staff*

**3. MPD Control System Number:**
*To Be Completed by OCCR Staff*

**4. How Complaint Was Received:** In Person ✓  Fax ☐  E-mail ☐  U.S. Mail ☐  MPD ☐  Other ☐  Specify:
*To Be Completed by OCCR Staff*

**5. Complainant's Name - Last, First, Middle:** Green, Craig Ivan
**6. Date of Birth:** 5-19-72
**7. Age:** 31
**8. Sex:** M
**9. Race, National Origin or Ethnicity:** Black

**10. Home Address:** 5135 Fitch St. S.E. #204, Washington D.C. 20019
**11. D.C. Ward (if resident):** (?)
**12. Home Telephone Number:** (202) 582-3466

**13. Work Address:** 3820 Penn-Belt Place, Forestville, MD 20747
**14. Occupation:** Dump truck driver
**15. Work Telephone Number:** (301) 967-6800

**16. Other Means of Contacting Complainant** (cell phone or pager number, e-mail address, friend, etc.): (202) 270-0637
**17. General Nature of Incident:** Wrongful behavior towards a minor.

**18. Location of Incident:** 5135 Fitch St. SE #204, Washington D.C. 20019
**19. D.C. Ward (where incident occurred):**

**20a. Day of Week Incident Occurred:** Sunday
**20b. Date of Incident:** 8-24-03
**20c. Time of Incident:** 1:00 Am.
**21. Witnesses:** Joyce Purnell, Kesheya Green

**22. Officers Involved** (name, badge number, police district, if known): Mills 1838
**23. MPD Vehicle Number/Description:** 637

**24. Physical Description(s) of Officer(s)** (hair and eye color, height, sex, race/ethnicity, etc.):

**25a. Describe Injuries (if any):** Neck Abrasion
**25b. Where Treated** (name of hospital, doctor, etc.): Greater Southeast

**26. Preferred Language of Communication** (if other than English): N/A

**27. N(s), Telephone Number(s) or Contact Information** (of other people present during the incident, including other police officers): Joyce Purnell, Kesheya Green, Myself (Craig Green)

PA DI. 7/01

*(Please continue on the reverse side)*

On Sunday, August 24, 2003 at approximately 1:00 a.m. I, Craig Green, my wife, Kesheya Green and a neighbor, Joyce Purnell were sitting on the front porch of 5135 Fitch Street, S. E., Washington, D.C. were we live. Two scout cars, car 637 and car 638, pulled up to the building across the street, 605 Fitch Street, S. E., Washington, D.C. Both officers exited their patrol cars and went inside of the building, shortly thereafter they returned to car 638 and stood beside it. A young female walked from the building, 5133 Fitch Street, S. E., Washington, D.C. over to building 605 to converse with the two officers standing beside patrol car 638. After talking to the young female Officer Mills approached her in a playful way putting her on patrol car 638 and began to touch and frisk her in the manner of someone being searched. I then conversed with my wife and neighbor that what we had just seen was inappropriate. I then went into the house to call 411 to obtain the number for Police Non-Emergency. The number which I was given was 202-727-4000. I called the number that I was given and spoke with a female regarding this situation. I asked to speak with a Commander and was told that one would not be available until Monday. I was then given another number 202-727-4649. When I called this number the phone there was no answer, the phone just rang continuously. I returned back outside with my wife and neighbor to see that car 638 had left but that car 637 remained. Around 1:32 a.m. car 633 pulled up to building 605 where they stopped and talked to Officer Mills briefly and left shining the spot light into the faces of myself, my wife and neighbor. Officer Mills then went to his patrol car 637 where he sat briefly. I, Craig Green, walked over to the officer's patrol car and asked the officer his name. The officer replied "Why do you want to know my name?", I then asked again "What is your name?", the officer replied, "What the fuck do you want to know my name for?" as he exited the vehicle. The officer started approaching me getting in my face telling me to get on the fucking car. I asked the officer "For what I just want to know your name" he then grabbed me to push me on his patrol car. I asked the officer to get off of me he then pulled out a his baton and radioed for back up. When back up arrived Officer Mills really started to man handle me and use profanity quite loudly. I was put on the patrol car where I was held down, cuffed, placed in Officer Mills' patrol car 637 and driven to the precinct at which time Officer Mills was still using profanity and asking me why am I in his business. At the precinct I wasn't told why I was arrested nor had been read my rights. When I called my wife to come to pick me up from the precinct, she saw Officer Mills' patrol car sitting in the same spot as before except Officer Mills was not present. She then spotted Officer Mills going into the building of the young female. By the time my wife pulled off at 6:17 a.m. Officer Mills was coming back out of the building.

*[signature]*