## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHANTE M. MOORE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.: 05-2020 (PLF/DMR)** |
| | * | |
| **DISTRICT OF COLUMBIA, et. al.,** | * | |
| | * | |
| **Defendants.** | * | |

## ORDER

Upon consideration of the Plaintiff's Opposition to the Defendants' Motion for Summary Judgment, the information contained therein, and the record herein, it is this ____ day of _____, 2007,

**ORDERED** that Defendant District of Columbia and Defendant Mills' Motion for Summary Judgment be and hereby is **DENIED.**

_____
**THE HONORABLE PAUL L. FRIEDMAN**
**United States District Court Judge**
**for the District of Columbia**

Copies to:

Donna Williams Rucker, Esquire – via Electronic Delivery

George E. Rickman, Esquire – via Electronic Delivery