## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANTE MOORE, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>     Defendants. ) | Civil Action No.05-2020 |

### ORDER

Upon consideration of the District defendants motion to enlarge the time in which to file their reply to plaintiff's opposition to the District defendants' motion for summary judgment, any opposition thereto, any reply, plaintiff's partial consent, the facts, the law and the record herein, it is this _____ day of _____ 2007, and it is,

**ORDERED:** that the District defendants' motion to enlarge the time is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that the District defendants shall file their reply on or before September 25, 2007.

                                                                                    _____
                                                                                    PAUL FRIEDMAN
                                                                                    United States District Court Judge