IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHANTE M. MOORE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   **Civil Action No.: 05-2020 (PLF/DMR)** |
| | * |
| **DISTRICT OF COLUMBIA, et. al.,** | * |
| | * |
| **Defendants.** | * |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE JOINT PRETRIAL STATEMENT**

**COMES NOW** the Plaintiff, by and through undersigned counsel, and with the consent of all parties and respectfully requests, an extension of time for the Parties to submit their Joint Pretrial Statement, and in support therefore, states as follows:

1. The Parties Joint Pretrial Statement is due on or before October 29, 2007.

2. A one-day extension is requested so that a Joint Pretrial Statement can be filed as required by the Rules.

3. No parties will be prejudiced if the Court grants this one day extension.

**WHEREFORE**, the Plaintiff, respectfully requests that this Honorable Court grant a one day extension to file the Parties Joint Pretrial Statement, and grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

By:    /s/ *Donna Williams Rucker*
Donna Williams Rucker, Bar No. #446713
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131 (office)
(301) 587-1872 (facsimile)

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY, that a copy of the foregoing Consent Motion for Extension of Time to File the Joint Pretrial Statement was sent this 29th day of August 2007, via the Court's ECF system to George Rickman, Esquire, Assistant Attorney General, 441 4th Street, N.W., Washington, D.C.


               /s/ *Donna Williams Rucker*
               Donna Williams Rucker