IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **SHANTE M. MOORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:05CV02020 |
| | ) |
| **DISTRICT OF COLUMBIA, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**PROPOSED ORDER**

**UPON CONSIDERATION** of the foregoing Motion for Extension of Time to file Joint Pretrial Statement, the information contained therein, and the record herein, it is this _____ day of October, 2007,

**ORDERED,** that the Parties Joint Pretrial Statement shall be filed on October 30, 2007.

_____                              _____
Entered                                                         Judge Paul L. Friedman
                                                                     United States District Judge