# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shante M. Moore )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.* )<br>)<br>Defendants. )<br>_____) | Civil Action No: 05-2020 (PLF) |

### DEFENDANTS DISTRICT OF COLUMBIA AND ELODORADO MILLS' OBJECTIONS TO PLAINTIFF'S PRETRIAL STATEMENT

Plaintiff filed a Joint Pretrial Statement that incorporated the District of Columbia and Eldorado Mills ("Defendants")'s pretrial statement. However, the District defendants did not have an opportunity to object to the sections added by Plaintiff. Defendants hereby make the following objections to the Joint Pretrial Statement filed by Plaintiff.

**V.    WITNESS SCHEDULE:**

**Plaintiff Witness List**

Johnny Moore, Sr., Johnny Moore Jr., and Maria Moore

The Defendants object to these witnesses to the extent that their testimony is cumulative as to what transpired outside of the residence located at 1108 Hillside Terrace in Southeast, Washington, D.C. The defendant further objects to any testimony by Johnny Moore, Jr. concerning the arrival of plaintiff at the station as hearsay. Further any testimony as to any statements by Sgt. McCourt are hearsay.

Robert Klotz

Defendants object to Mr. Klotz's testimony as outside his expert report. Mr. Klotz submitted an expert report on national and local police standards and not on the

issues of whether "defendants in this case violated plaintiff's civil and Constitutional rights, and that the actions of the defendants were negligent in that action was taken against plaintiff that a reasonable and prudent police officer would not have taken, and that the officers' actions against plaintiff were not properly supervised against plaintiff." Mr. Klotz's proposed testimony would also constitute testimony on the ultimate issues and usurp the jury's function. Plaintiff has not established that Mr. Klotz is an expert in constitutional and legal rights. Not being a lawyer, Mr. Klotz is incompetent to testify on these issues even if the proposed testimony were a proper subject matter and within the scope of his expert report. Finally, plaintiff did not proffer Mr. Klotz as an expert in the supervision of officers as it is not contained in Mr. Klotz's expert report.

**VII.    DEFENDANTS' OBJECTIONS TO RELIEF SOUGHT**

Defendant objects to Plaintiff's statement of relief as it lacks specificity and seeks broad categories of damages.

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S SPECIAL JURY INSTRUCTIONS**

The defendants object to Special Jury Instruction 2 because there is no evidence that supports any deprivation of civil rights. Further, government entities cannot commit conspiracy as defined by plaintiff.

The defendants object to Special Instruction 3 because there is no evidence to support this instruction.

The defendants object to Special Instruction 4 because there is no evidence to support this instruction.

The defendants object to Special Instruction 5 because there is no evidence to support any liability against the District of Columbia.

The defendants object to Special Instruction 6 because it is an incorrect statement of law.

The defendants object to Special Instruction 10 because it misstates the law and is not supported by any authority.

The defendants object to Special Instruction 11 because there is no independent basis of liability against the District of Columbia, and Eldorado Mills is the only individually named defendant.

The defendants object to Special Instruction 12 because there is no evidence of any municipal liability.

The defendants object to Special Instruction 13 because plaintiff has not named an economist and is not entitled to any form of future damages. Further, there is no evidnce of any treatment obtained by plaintiff that was a direct and proximate result of the claimed of harm.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

/s/Phillip Lattimore, III
PHILLIP A. LATTIMORE. III [422968]
Section Chief,
General Litigation Section III

/s/ George E. Rickman
George E. Rickman [433298]
Assistant Attorney General
Office of the Attorney General
Civil Litigation Division
441 4th Street, N.W., 6th Floor South
Washington D.C. 20001
(202) 442-9840
(202) 727-6295 (fax)
E-mail: george.rickman@dc.gov