AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Shante M. Moore,

        Plaintiff(s)      )
                                   )   **APPEARANCE**

           vs.        )   CASE NUMBER   05-2020 (PLF)
District of Columbia, et. al.,   )

        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Wesley J. Heath   as counsel in this
                                (Attorney's Name)

case for:  District of Columbia, Eldorado Mills
           (Name of party or parties)

11/7/07
Date

_(Signature)_
Signature

Wesley J. Heath
Print Name

488100
BAR IDENTIFICATION

441 4th Street, N.W., Suite 600S
Address

Washington, D.C.      20001
City    State    Zip Code

202-442-9866
Phone Number