**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Shante Moore,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : 05-CV-2020 (PF) |
| | : |
| **District of Columbia, et al,** | : |
| | : |
| **Defendants.** | : |

## MOTION TO SUBSTITUTE COUNSEL

The District of Columbia and Eldorado Mills, defendants, move this Court, pursuant to LCvR 83.6(c), to substitute Corlis Vaughn Adams and Kerslyn Featherstone, Assistant Attorney Generals for the Office of the Attorney General, as counsel in this case. George E. Rickman, the prior counsel, is no longer a member of the Office of Attorney General. Wes Heath, Special Assistant Attorney General, has already entered his appearance for defendants in this case. As reason for this motion, the defendants refer this Court to its attached memorandum of points and authorities. Defendants were unable to reach counsel for Plaintiff to obtain her consent.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE VALENTINE
Deputy Attorney General

_____/s/_____
PHILLIP A. LATTIMORE III
Chief, Civil Litigation Division
General Litigation Section III
Office of Attorney General

        _____/s/_____
        CORLIS VAUGHN ADAMS #449770
        Assistant Attorney General
        Office of Attorney General

        _____/s/_____
        KERSLYN FEATHERSTONE #478758
        Assistant Attorney General
        Office of Attorney General
        441 4th Street, N.W.
        1 Judiciary Square
        Washington, D.C. 20001
        (202) 727-6295

Case 1:05-cv-02020-PLF     Document 68     Filed 11/14/2007     Page 2 of 5

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shante Moore,** | : |
| **Plaintiff,** | : |
| v. | : 05-CV-2020 (PF) |
| **District of Columbia, et al,** | : |
| **Defendants.** | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL

Defendants submit this memorandum of points and authorities in support of their motion to substitute counsel.

1. George E. Rickman, the current lead counsel in this case, is no longer with the Office of Attorney General. Accordingly, the Defendants District of Columbia Government and MPD Officer Eldorado Mills move this court to substitute Corlis Vaughn Adams and Kersyln Featherstone, Assistant Attorney Generals, as counsel in this case. Attorneys in the Office of Attorney General are authorized by statute to represent the interests of the District of Columbia Government.

2. Wes Heath, Special Assistant Attorney General in the Office of Attorney General, has already entered his appearance for defendants in this case.

3. Corlis Vaughn Adams will serve as lead counsel in this case.

4. Trial in this case is currently set for December 17, 2007. Plaintiff will not be prejudiced by the granting of this order.

5. LCvR. 83.6.

## CONCLUSION

This motion should be granted.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE VALENTINE
Deputy Attorney General

_____/s/_____
PHILLIP A. LATTIMORE III
Chief, Civil Litigation Division
General Litigation Section III
Office of Attorney General

_____/s/_____
CORLIS VAUGHN ADAMS #449770
Assistant Attorney General
Office of Attorney General

_____/s/_____
KERSLYN FEATHERSTONE #478758
Assistant Attorney General
Office of Attorney General
441 4th Street, N.W.
1 Judiciary Square
Washington, D.C.  20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Shante Moore,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | 05-CV-2020 (PF) |
| | : | |
| **District of Columbia, et al,** | : | |
| | : | |
| **Defendants.** | : | |

**O R D E R**

Upon consideration of the motion for the substitution of counsel, the memorandum of points and authorities, the opposition, if any, and the reply, as well as the record herein, it is this _____ day of November, 2007, hereby:

ORDERED:   that the motion to withdraw George Rickman as lead counsel in this case for the District of Columbia and Eldorado Mills shall be GRANTED:

FURTHER ORDERED:  that the entry of appearance of C. Vaughn Adams and Kerslyn Featherstone as counsel for defendants in this case shall be GRANTED.

_____
Hon. Paul Friedman
United States District Judge