UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Shante Moore,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | 05-CV-2020 (PF) |
| | : | |
| **District of Columbia, et al,** | : | |
| | : | |
| **Defendants.** | : | |

**JOINT MOTION TO CONTINUE TRIAL**

Plaintiff Shante Moore, as well as the District of Columbia and Eldorado Mills, defendants, jointly move this Court, pursuant to Super. Ct. Civ. R. 6, to continue the trial in this case until December 17, 2007. As reason for this motion, the parties refer this Court to its attached memorandum of points and authorities.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE VALENTINE
Deputy Attorney General
_____/s/_____
PHILLIP A. LATTIMORE III  #422968
Chief, Civil Litigation Division
General Litigation Section III
Office of Attorney General
Washington, D.C.  20001
(202) 727-6295
_____/s/_____
DONNA WILLIAMS RUCKER #446713
Duboff & Associates, Chtd.
8401 Colesville Road, Suite 501
Silver Spring, Maryland  20910
(301) 495-3131

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Shante Moore,**                          :
                                           :
    **Plaintiff,**         :
                                           :
**v.**                                     :  **05-CV-2020 (PF)**
                                           :
**District of Columbia, et al,**           :
                                           :
    **Defendants.**        :

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS JOINT MOTION TO CONTINUE TRIAL**.

The Parties submit this memorandum of points and authorities in support of their joint motion to continue trial.

1. The parties were engaged in settlement discussions up and until the afternoon of November 14, 2007. Consequently, it would have been difficult to commence trial on November 15, 2007.

2. Although a pretrial conference was previously held in this case, a good number of matters from the pretrial statement may need to be revisited since the conference may have ended early to allow the parties to discuss settlement.

3. New counsel for the defendants recently entered their appearance in the case. George Rickman, prior counsel, is no longer with the office. Consequently, the District has no objections to continuing this trial to December 17, 2007.

**CONCLUSION**

The joint motion should be granted.

       Respectfully submitted,

       LINDA SINGER
       Attorney General

       GEORGE VALENTINE
       Deputy Attorney General

       _____/s/_____
       PHILLIP A. LATTIMORE III  #422968
       Chief, Civil Litigation Division
       General Litigation Section III
       Office of Attorney General
       Washington, D.C.  20001
       (202) 727-6295
       _____/s/_____
       DONNA WILLIAMS RUCKER #446713
       Duboff & Associates, Chtd.
       8401 Colesville Road, Suite 501
       Silver Spring, Maryland  20910
       (301) 495-3131

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shante Moore,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | 05-CV-2020 (PF) |
| : | |
| **District of Columbia, et al,** : | |
| : | |
| **Defendants.** : | |

### ORDER

Upon consideration of the joint motion to continue trial, the memorandum of points and authorities in support of the motion, and the record herein, it is this _____ day of November, 2007, hereby:

ORDERED:   that the joint motion is GRANTED;

FURTHER ORDERED:  that the trial in this case shall commence on December 17, 2007.

_____
Hon. Paul Friedman
United States District Judge


Phillip A. Lattimore III
Corliss V. Adams
Wes Heath
Kersyln Featherstone
D.C. OFFICE OF ATTORNEY GENERAL


Donna W. Rucker
DUBOFF & ASSOCIATES, CHTD.