202-575-4454

| METROPOLITAN POLICE DEPARTMENT<br>Washington, D. C.<br>ARREST/PROSECUTION REPORT<br>P.D. 163 Rev. 1/2002   G.O. 401.5 | | | 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – NCIC NO. (ID ONLY) | | | 2. ID NUMBER (ID ONLY) |
|---|---|---|---|---|---|---|
| **5. UNIT-ARREST NO.**<br>060404505 | | | 3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID ONLY) | | | 4. CID NUMBER |
| | | | 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest)<br>**MOORE, SHANTE MONIQUE** | | | 7. DEA LAB NUMBER |

| 8. Arresting Officer's Name<br>**MILLS, E** | 9. TYPE OF RELEASE<br>☐ CITATION ☐ BOND<br>☐ COLLATERAL | 10. NICKNAME / ALIAS<br>▸ | 11. PHONE NUMBER<br>UNK |
|---|---|---|---|
| Rank **OFC**  Badge # **1838**  Agency **MPD** | 12. COURT DATE<br>10/12/04 | 13. ADDRESS (Include Room / Apt. No. City & State if Outside D.C.)<br>▸ 1108 44 PL SE | 14. TIME IN D.C.<br>UNK. |

| 15. ☐ CHILD ABUSE | ☐ GANG<br>SPECIAL INTELLIGENCE | ☐ HATE | ☐ SENIOR CITIZEN | ☐ DOMESTIC VIOLENCE | 16. SEX<br>▸ Female | 17. RACE<br>▸ Black | 18. BIRTHDATE<br>▸ 3/2/81 | 19. SOCIAL SECURITY NUMBER<br>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 |
|---|---|---|---|---|---|---|---|---|

| 20. NEED INTERPRETER<br>☐ YES ☐ NO | 21. HEIGHT<br>5'0 | 22. WEIGHT<br>200 | 23. HAIR<br>BRN | 24. EYES<br>BRN | 25. COMPLEX<br>Med | 26. PERMIT NO/ST<br>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 DC | 27. BIRTHPLACE (City & State)<br>UNK. |
|---|---|---|---|---|---|---|---|

| 28. CO-DEFENDANTS: Number 0 (If more than 3, list on back) | 29. IMPERSONATOR?<br>☐ M ☐ F ☐ NO | 30. ETHNICITY | 31. CAUTION |
|---|---|---|---|
| NAME, ADDRESS, ZIP CODE AND PHONE NUMBER | 32. SCARS/MARKS/TATTOOS | | |
| 1. | 33. HAT | 34. JACKET | 35. PANTS<br>BLUE JEANS |
| 2.         , | | | |
| 3.         , | 36. COAT | 37. SHIRT<br>BLK. | 38. SKIRT/DRESS |

**39. WALES/NCIC CHECK**

| CHECK MADE BY (Name)<br>PETTY | NCIC NUMBER<br>59570 | WARRANT ON FILE (If Yes, enter Warrant Numbers)<br>Yes ☐  No ☒ |
|---|---|---|

| 40. LOCATION OF OFFENSE (Exact Address, include Room / Apt No.)<br>▸ 46 TH STREET AT HILLSIDE RD. S.E. | DATE OF OFFENSE<br>▸ 10/12/04 | TIME OF OFFENSE<br>▸ 0218 |
|---|---|---|
| 40. LOCATION OF ARREST (Exact Address, include Room / Apt No.)<br>▸ 1108 44 PL S.E. | DATE OF ARREST<br>▸ 10/12/04 | TIME OF ARREST<br>▸ 0240 |

| 42. ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY<br>▸ MILLS. ELDORADO OFC. 1838 MPD 6 DISTRICT | ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY<br>▸         ,         , |
|---|---|

**43. DEFENDANT ADVISED OF RIGHTS**

| DATE | TIME | LOCATION<br>NOT ADVISED | OFFICER'S NAME – ADVISING / COMPLETING PD FORM 47/47A | BADGE NO. | UNIT |
|---|---|---|---|---|---|

**44. COMPLAINANTS / WITNESSES** (If sworn member – Name, Rank, Badge No. and Unit)   MORE ☐   See Back

| NAME – LAST, FIRST, M.I.         ADDRESS – STREET, CITY, STATE, ZIP CODE<br>W-1 ▸ MILLS, ELDORADO 100 42 nd STREET N.E. | BIRTHDATE<br>ADULT | HOME PHONE NO. | WORK PHONE NO.<br>727-4520 |
|---|---|---|---|
| W-2 ▸ | | | |

| 45. SPEC. OPS<br>604 | 46. TACTICS<br>4 - Traffic Stop | 47. PREMISES<br>1 - Street | 48. SCHOOL ZONE  ☐<br>PUBLIC HOUSING  ☐ |
|---|---|---|---|

| ENTER THE LEAD CHARGE FIRST | CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLA./BOND RECEIPT NO |
|---|---|---|---|---|---|
| | 1. FLEEING LAW ENFORCEMENT | | 140-791 | Lock up | |
| | 2. | | | | |
| | 3. | | | | |
| | 4. | | | | |
| | 5. | | | | |

| 50. PROPERTY RECOVERY / ITEMS OF EVIDENCE | | 51. INITALS – DATE – UNIT OF PERSON TAKING PRINT | 53. RIGHT THUMB PRINT |
|---|---|---|---|
| PROPERTY BOOK/ PAGE NO.<br>N/A | CSES NO. | | |
| | | 52. M. O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS<br>B/F DOES NOT OBEY TRAFFIC<br>ENFORCEMENT OFFICERS | DEFENDANT'S EXHIBIT A |

| 54. OCB USE ONLY | HEIGHT | WEIGHT | HAIR | EYES | COMPLEX | SCARS/MARKS/TATTOOS |
|---|---|---|---|---|---|---|

DISTRIBUTION: Page 1 to ID & R ; Page 2 & 3 to Prosecutor; Page 4, Unit Copy; Page 5 Officer's Copy

COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK

**55. EMPLOYMENT HISTORY** *(List present employment if any, on Line 1)*

| FROM –DATE –TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|
| 1. Present | REFUSED | | | |
| 2. | | | | |

**56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES** *(Begin with immediate family)*

| RELATIONSHIP | DOB/AGE | NAME – LAST, FIRST, M.I. | ADDRESS – STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| | | REFUSED | | |
| | | | | |
| | | | | |

| 57. MILITARY SERVICE: BRANCH/DATE FROM – TO | 58. TELEPHONE CALL MADE ☐ YES ☒ NO ☐ REFUSED | 59. PHONE NUMBER |
|---|---|---|
| UNK. | | |

**60. STATEMENT OF FACTS:** (Give a brief statement in your own words, of the facts surrounding the offense and the arrest. (Use Continuation Form PD 202A for additional space. Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc as indicated in Item 31.)

The event occurred on 10/12/04 at approximately 0218 at 46 TH STREET AT HILLSIDE RD. S.E. in Washington DC.

The undersigned Officer Mills was assigned to 6042 a 10-99 unit working the 2300 - 0730 hrs. tour of duty.

While on routine patrol and traveling east bound in the 4500 block of Hillside Rd. S.E. I observed a blue 4 door Toyota Camry traveling northbound on 46th Street S.E. and make a left turn onto Hillside Rd. S.E., without stopping for the stop sign. I activated my top lights and siren and pointed at D-1 and I advised her to stop her vehicle. D-1 looked at me and continued driving for two blocks and made a right onto 44th Pl S.E. D-1 drove about 250 feet and stopped her vehicle at 1108 44th Pl. S.E. D-1 exited the vehicle and walked towards the door of the home. I asked D-1 to show me your drivers license, D-1 stated in a loud manner "I DON'T HAVE TO SHOW YOU ANYTHING, I'M GOING IN MY HOUSE YOU DID NOT STOP ME".

I advised D-1 that she did not stop at the stop sign at 46th and Hillside Rd. S.E. D-1 replied "I'm at home and I'm going in my house, I'm going to call my daddy."

I then went to the door of the home and knocked on it to get some one to tell D-1 to produce her drivers license but the 3 people who came to the door refused to tell D-1 to cooperate. I requested for the dispatcher to send me some back up. After back up arrived on the scene D-1 was advised to display her permit but she refused and became very loud with officers.

D-1 was then arrested for failure to exhibit permit, fail to make idenity known and fleeing law enforcement. D-1 was transported to the sixth District Police Station for processing.

While at the 6th District it was verified that D-1 did have a valid DC driver's permit.

D-1 is identified as Shante Monique Moore of 1108 44th Pl. S.E. with a DOB of 03/02/81, SSN 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

**61. DEFENDANT'S VERSION / REMARKS:** [What did defendant say about the offense or his/her whereabouts at the time of offense? (Use PD 118 for defendant's written statement.)]

Pre-arrest "You did not stop me, I'm going in my house."
Post-arrest "I just left a club where people was smoking."

| 62. RECORD CLERK'S NAME | | | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|
| PETTY | 3. | 5. | |
| ARREST RECORD SUMMARY | 4. | 6. | None |
| 1.          2. | | | |

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ no
(If yes, include in Defendant's Version/Remarks Section above.)

| 66. PRINTED NAME – OFFICER MAKING STATEMENT | BADGE NUMBER | RANK | 68. SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|
| EC Dorada Mills | 1838 | Ofc. | |
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT 6D | DATE 10/12/2004 | UNIT 6-D | DATE 10/12/04 |