**Capital Reporting Company**

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3    - - - - - - - - - - - - - - - - -x
 4    SHANTE MOORE,                    :
 5            Plaintiff                :
 6       vs.                           : Civil Action
 7                                     : No. 05-2020
 8    THE DISTRICT OF COLUMBIA, et al, :
 9            Defendants               : Volume II
10    - - - - - - - - - - - - - - - - -x
11                    Silver Spring, Maryland
12                    Thursday, September 14, 2006
13    Deposition of:
14                    ELDORADO MILLS
15    called for oral examination by counsel for
16    Plaintiff, pursuant to notice, at Duboff &
17    Associates, 8401 Colesville Road, Suite 501, Silver
18    Spring, Maryland, before Marietta Koustenis, of
19    Capital Reporting, a Notary Public in and for the
20    State of Maryland, beginning at 10:41 a.m.,
21    when were present on behalf of the respective
22    parties:
```

COPY

DEFENDANT'S EXHIBIT 6

(866)448-DEPO
www.CapitalReportingCompany.com

Page 86

```
 1   scene that the family had complained about how you
 2   had behaved or your conduct at the scene?
 3        A.    I don't recall what the Sergeant told
 4   me.
 5        Q.    Is that, what I asked you doesn't
 6   refresh your memory as to whether he had that kind
 7   of conversation with you?
 8        A.    I can't, I can't say what he told me.
 9        Q.    That's okay.
10              Now you indicated that, earlier that you
11   had been on administrative leave concerning an
12   arrest, correct?
13        A.    Yes.
14        Q.    Tell me about the arrest, first of all,
15   when were you arrested?
16        A.    2004, December.
17        Q.    Where were you arrested?
18        A.    P.G. County.
19        Q.    And what were you arrested -- what was
20   the charge?
21        A.    Pandering.
22        Q.    What is pandering?
```

Page 87

```
1     A.    Asking for money.

2     Q.    From anybody?

3     A.    Anybody.

4     Q.    Okay.  Let me show you what we'll mark

5  as Deposition Exhibit, I believe it's 4.

6           COURT REPORTER:  Yes, ma'am, 4.

7           (Plaintiff Deposition Exhibit No. 4

8           was marked for identification.)

9           BY MS. RUCKER:

10    Q.    According to this news article, it

11 indicates here that the, that the arrest was, you

12 were arrested on charges of operating a prostitution

13 business out of a Maryland hotel.

14          Did anyone ever tell you that?

15    A.    They found me  --

16    Q.    No, my question first is did anyone ever

17 tell you that when you were arrested that that's

18 what you were being charged with?

19    A.    Can you repeat that charge?

20    Q.    Certainly.  That you were being

21 arrested -- you were being charged with operating a

22 prostitution business out of a Maryland hotel?
```

```
1      A.      My attorney may have told me that.
2      Q.      Okay.  And just for the record, I was
3  speaking about what the Police had said to you when
4  you were being arrested, not communications with
5  your counsel, okay.
6      A.      Well I'm not talking about my counsel
7  here.
8      Q.      No, I'm just saying, I just want to be
9  clear that I'm not trying to elicit conversations
10 that you had with your attorney, be it Mr. Rickman
11 or any other attorney, okay?
12     A.      All right.
13     Q.      So when I'm asking questions, I'm not
14 trying to seek what you may discuss with your
15 lawyer.
16     A.      Okay.
17     Q.      Okay.  Were you told at the time that
18 you were arrested that the charge carried a maximum
19 penalty of 10 years in prison and a 10,000 dollar
20 fine?
21     A.      I believe so, yeah.
22     Q.      Okay.  And I think you were seeking to
```

**Capital Reporting Company**

Page 89

```
1    tell me that these charges were dropped or
2    dismissed; is that correct?
3         A.    It was dismissed.
4         Q.    Okay.  And why were the charges
5    dismissed?
6         A.    Because I was acquitted.
7         Q.    There was a trial?
8         A.    Yes.
9         Q.    Okay.  Tell me, was it a full trial
10   where evidence was presented concerning the case?
11        A.    Yes.
12        Q.    And that occurred in P.G. County?
13        A.    Yes.
14        Q.    And the jury returned a verdict of not
15   guilty, I assume, correct?
16        A.    There was no jury.
17        Q.    When I say there was a full trial, was
18   there evidence presented?
19        A.    Yes.
20        Q.    Okay.  It was before a judge?
21        A.    Yes.
22        Q.    Is that what you're saying?
```

Capital Reporting Company

Page 90

1     A.     Yes.

2     Q.     So it was a judge trial?

3     A.     Yes.

4     Q.     All right, I see.

5            And the charges were dropped based on
6     the judge's Order and there was no plea bargain
7     involved, correct?

8     A.     Can you repeat that?  I'm sorry, I'm a
9     little tired.  I worked last night.

10    Q.     Sure.  The charges were dropped
11    concerning the judge hearing evidence of the case
12    and not as the result of a plea bargain; is that
13    correct?

14    A.     The charges were not dismissed in --
15    yes, based on what you just said.

16    Q.     The evidence that the judge heard?

17    A.     Yes.

18    Q.     But you did not enter a plea bargain?

19    A.     No.

20    Q.     Have you filed any kind of civil lawsuit
21    based upon your arrest that you just told us about
22    in 2004?