## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHANTE M. MOORE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   **Civil Action No.: 05-2020 (PLF/DMR)** |
| | * |
| **DISTRICT OF COLUMBIA, et. al.,** | * |
| | * |
| **Defendants.** | * |

### ORDER

Upon consideration of the Plaintiff's Opposition to Defendant District of Columbia's Motion in Limine to Exclude Evidence Regarding Disposition of the Underlying Criminal Case, the information contained therein, and the record herein, it is this ____ day of _____, 2007,

**ORDERED** that Defendant District of Columbia's Motion in Limine to Exclude Evidence Regarding Disposition of the Underlying Criminal Case be and hereby is **DENIED.**

_____
**THE HONORABLE PAUL L. FRIEDMAN**
United States District Court Judge
for the District of Columbia

Copies to:

Donna Williams Rucker, Esquire – via Electronic Delivery

C. Vaughn Adams, Esquire – via Electronic Delivery