# METROPOLITAN POLICE DEPARTMENT
Office of Professional Responsibility
Internal Affairs Division

## MEMORANDUM

TO: General Counsel
Office of General Counsel

ATTN: Ceol Tilghman

FROM: Matthew Klein
Inspector/Director

SUBJECT: Special Request

Pursuant to your request dated March 23, 2006, a detailed search of the Internal Affairs Division (IAD) and Citizen Complaints (PD 99) files revealed the following.

**Officer Eldorado L. Mills:** CS 01-973/Officer Misconduct/Insufficient Facts
CS 01-974/Threats/Intimidaiton/Insufficient Facts
CS 01-978/Use of Force/Justified
CS 02-953/Abusive Language/OPC case/Withdrawn
CS 03-0093/Use of Force/Justified
CS 03-0574/Neglect of Duty/Sustained
CS 03-1467/Conduct Unbecoming/OPC case/Suspended
CS 04-2055/Officer Misconduct/Sustained

The Office of Police complaints is currently the custodian of records relative to Police Complaints Board cases. In order to receive a copy of the available information regarding Citizens complaint reports; you must file a FOIA request with the Office of Police Complaint & the Police Complaint Board. You may contact them by phone on (202) 727-3838, or by mail at 1400 I Street, N.W., Suite 500, Washington, D.C. 20005, fax your request to (202) 727-9182.

There is no additional information on file concerning the above officer. However, this does not preclude the fact that there may be additional information at the unit level.

Should you have any further questions regarding this matter, please contact Ms. Yvonne Gibson, Internal Affairs Division on 727-4385.