IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHANTE M. MOORE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   **Civil Action No.: 05-2020 (PLF/DMR)** |
| | * |
| **DISTRICT OF COLUMBIA, et. al.,** | * |
| | * |
| **Defendants.** | * |

### ORDER

Upon consideration of the Plaintiff's Opposition to Defendant District of Columbia's Motion in Limine to Exclude Evidence Regarding Officer Mills' Disciplinary Events Subsequent to Arrest of Plaintiff, the information contained therein, and the record herein, it is this _____ day of _____, 2007,

**ORDERED** that Defendant District of Columbia's Motion in Limine to Exclude Evidence Regarding Officer Mills' Disciplinary Events Subsequent to Arrest of Plaintiff be and hereby is **DENIED.**

_____
**THE HONORABLE PAUL L. FRIEDMAN**
United States District Court Judge
for the District of Columbia

Copies to:

Donna Williams Rucker, Esquire – via Electronic Delivery

C. Vaughn Adams, Esquire – via Electronic Delivery