**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| **SHANTE M. MOORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:05CV02020 |
| | ) |
| **DISTRICT OF COLUMBIA, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**STIPULATION OF DISMISSAL**

**WILL THE CLERK OF THE COURT PLEASE TAKE NOTICE** that based upon the agreed upon resolution of this matter, the parties seek dismissal of the above-captioned case with prejudice with each party to bear its own costs.

Respectfully submitted,

By:   /s/ *Donna Williams Rucker*_____
Donna Williams Rucker, Esquire
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131
Attorney for Plaintiff


LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

   /s/Phillip A. Lattimore, III, by PAJ_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

       */s/C. Vaughn Adams*
      C. VAUGHN ADAMS [449770]
      Assistant Attorney General
      441 Fourth Street, N.W.
      Sixth Floor South
      Washington, D.C. 20001
      (202) 724-6519; (202) 727-6295
      (202) 727-3625 (fax)
      E-mail:  corliss.adams@dc.gov